# Louisiana State Police
# Use of Force Report

Officers shall complete this form when the criteria established in the *Use of Force* policy are met. Reporting officer shall provide thorough comments, attach a copy of the arrest report, and forward all to the Training Academy Director. To record additional comments, please refer to the Use of Force Supplement.

| | |
|---|---|
| 1. Date | 06/18/2017   Troop: Troop N   Special Detail: ○ Yes ● No |
| 2. Time | 2300 |
| 3. Location | 600 Block of Burgundy St. |
| 4. Parish | Orleans |
| 5. Subject's Name | Zachary V. Terrell |
| 6. Date of Birth | 11/29/1988 |
| 7. Height | 5'11" |
| 8. Weight | 150 |
| 9. Body Type | Average |
| 10. Race | Black or African American |
| 11. Ethnicity | Non-Hispanic or Non-Latino |
| 12. Sex | Male |
| 13. Subject's Address | 2233 Mazant Street New Orleans, LA 70113 |
| 14. Prior Arrests | 6 |
| 15. Reason for Violator Contact | Felony Arrest |
| 16. Reason the Use of Force Was Necessary | To Effect An Arrest |
| 17. Was Subject Injured? | Yes |
| 18. Transported By | New Orleans EMS unit 3220 |
| 19. Destination | University Medical Center |
| 20. Admitted/Treated and Released | Treated and Released |

| | |
|---|---|
| 21. Photos By | Trooper Troy A. Pichon |
| 22. Describe Subject's Injuries | Other Minor |
| 23. # Subjects That Resisted | 1 |
| 24. # Officers Present | 2 |
| 25. Officer Injured | No<br>If Yes: |
| 26. At the Time of Arrest, the Subject Was | Other<br>Other: Actively Resisting Arrest |
| 27. LSP Levels of Resistance | Level 2 PASSIVE RESISTANT(Doesn't obey commands- may be verbal or non-verbal resistance; dead weight)<br>Explain: Refused to obey verbal commands to remove his hands from his front waistband area and show his hands while actively fleeing. |
| 28. Type of Weapon Used by Violator | |
| 29. When did Resistance Occur? | Before Cuffing |
| 30. LSP Levels of Control: Reasonable Officer's Response | Level 1 COOPERATIVE CONTROLS(Includes officer presence, communication skills, proper restraint applicant)<br>Explain: Subject complied after being tased and was handcuffed. |
| 31. Restraint Method Used | Handcuffs |
| 32. Baton Target Areas | |



| 33. Chemical Spray Target Area | |
|---|---|

Defendants0339

Terrell015520

Primary Target Area

Application Area

☐ Primary Target Area   ☐ Other Application Area
Explain Other Application Area:

| 34. Effects of Chemical Spray | |
|---|---|
| Was Spray Effective? | ☐ Yes ☐ No |
| Were Further Control Methods Needed? | ☐ Yes ☐ No |
| Number Times Sprayed | |
| Approximate Distance from Subject | |
| Eyes | |
| Skin | |
| Nose | |
| Chest | |
| Was Subject Decontaminated? | ☐ Yes ☐ No |
| Was Subject Observed for 45 | ☐ Yes ☐ No |

| | |
|---|---|
| Minutes? | |
| 35. Post Incident Observation(s) of Subject Narrative | |
| 36. Taser Less Lethal Impact Areas | *(body diagram: FRONT and BACK views)* |

| Front Area of Impact | ☐ Face | ☐ Right Arm | ☐ Left Hand | ☐ Right Feet |
|---|---|---|---|---|
| | ☐ Neck | ☐ Left Arm | ☐ Right Thigh | ☐ Left Feet |
| | ☐ Right Shoulder | ☐ Abdomen | ☐ Left Thigh | |
| | ☐ Left Shoulder | ☐ Right Hand | ☐ Right Leg | |
| | ☐ Chest | ☐ Groin | ☐ Left Leg | |
| Back Area of Impact | ☐ Head | ☐ Left Arm | ☐ Left Hand | ☐ Left Feet |
| | ☐ Neck | ☐ Right Arm | ☐ Left Thigh | ☐ Right Feet |
| | ☐ Left Shoulder | ☒ Low Back | ☐ Right Thigh | |
| | ☐ Right Shoulder | ☐ Buttocks | ☐ Left Leg | |
| | ☒ Up Back | ☐ Right Hand | ☐ Right Leg | |

**Explain**

On June 17, 2017 at 11:00 PM, Trooper Pichon and Roach were conducting routine patrol in the 900 Block of St. Peter St. when they observed the arrested subject Zachary Terrell and an unknown white/male standing on the sidewalk next to two bicycles. As the Troopers marked patrol unit approached the subjects, Trooper Pichon observed the white/male subject hand Terrell an unknown amount of U.S. currency with his right hand. Terrell then placed an unknown object in the subject's palm. Both subjects then appeared really nervous as the Troopers vehicle drove by. Trooper Pichon believed that they had just witnessed a hand to hand narcotics transaction. The Troopers made the block and elected to conduct a pedestrian stop on the two subjects. As the Troopers vehicle approached the subjects a second time, Terrell began to ride off on his bicycle. The white/male just stood there with his hands up as Troopers Pichon and Roach exited their vehicle. Trooper Pichon gave loud verbal commands to Terrell to stop his bicycle. Terrell refused and began actively fleeing from Trooper Pichon on his bicycle. While running behind Terrell Trooper Pichon observed him drop a silver unknown object in the street. Trooper Pichon gave Terrell several commands to stop but he refused. Trooper Pichon observed Terrell grabbing the front of his waistband as if he was armed, and as he turned back towards Trooper Pichon, Trooper Pichon deployed his X2 Taser striking Terrell in the back causing him to fall from the bicycle. Trooper Pichon then took Terrell into custody without further incident. Trooper Pichon advised Trooper Roach to retrieve the silver object from the street that he observed Terrell drop. Trooper Roach advised Trooper Pichon the silver object was a silver (10) pill blister pack with (6) red Tramadol pills inside and four empty pill slots. Trooper Pichon conducted a search incident to arrest of Terrell and located an additional clear plastic

| | baggie containing (15) round red Tramadol pills inside his left pocket and $113 in U.S. currency. Trooper Roach also located a small clear Ziploc baggie the contained (17) individually wrapped baggies containing a tan powder consistent with Heroin. A field test of the tan powder tested positive for Heroin. Terrell was transported to University Hospital by New Orleans EMS for treatment. Terrell was released and transported to CLU where he was booked accordingly. |
|---|---|
| **37. Effects of the Taser** | |
| Was the Taser Effective? | ☒ Yes ☐ No |
| Were Further Control Methods Needed? | ☐ Yes ☒ No |
| Number of Times Tased | 1 |
| Probes Deployed | ☒ Yes ☐ No |
| Was Contact Made? | ☒ Yes ☐ No |
| Photos Taken | ☒ Yes ☐ No |
| Drive Stun Deployed | ☐ Yes ☒ No |
| Approximate Distance from Subject | 15 feet |
| Evidence Submitted | ☒ Yes ☐ No |
| **Reporting Officer's Printed Name:** Troy Pichon  Data #: 2612  Date: 07/05/2017 03:43:54 PM | |
| **Supervisor's Signature:** Trey Bellue  Data #: 1907  Date: 07/03/2017 | |
| **Section Commander's Signature:** Darrin Naquin  Data #: 1332  Date: 07/05/2017 | |
| **Training Academy Director's Signature:** Derrell Williams  Data #: 1642  Date: 07/05/2017 03:43:50 PM | |

Created on server: 06/18/2017 04:48:42 AM