

Terrell000036



Terrell000037



Terrell000038



Terrell000039



Terrell000040



Terrell000041



Terrell000042



Terrell000043



Terrell000044



Terrell000045



Terrell000046



Terrell000047



Terrell000048



Terrell000049



Terrell000053



Terrell000054



Terrell000055



Terrell000056



Terrell000057



Terrell000058



Terrell000059



Terrell000060