

JOHN BEL EDWARDS
GOVERNOR

MICHAEL D. EDMONSON, COLONEL
DEPUTY SECRETARY

## State of Louisiana
### Department of Public Safety and Corrections
### Public Safety Services

February 22, 2017

TO:     Major Carl Saizan
        Command Inspector

FROM:   Captain Darrin Naquin
        Commander-Troop N

RE:     EIS REVIEW- ▓▓▓▓▓

Per LSP Procedural Order #216 Early Identification System, I am forwarding an EIS report on ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ for your review. I have reviewed all of the documentation and I do not believe these incidents warrant any additional training or intervention. ▓▓▓▓▓▓▓▓▓ leads by example and is very engaged with his subordinates. He often responds to calls for service and assists Troopers and other agencies when called upon.  All three of these incidents are in response to requests for assistance from other agencies.  The nature of our assignment is in an urban/high crime environment and many of our calls and interactions with citizens involve some level of resistance.  There appears to be no violations of LSP Policy and no training concerns during any of the incidents. I recommend that no further action be taken.

I've enclosed all the documents related to these incidents. Please advise if you require any additional information.

DJN
enclosures

COURTESY • LOYALTY • SERVICE
"An Equal Opportunity Employer"
P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896

DPSSP 4117

EXHIBIT
tabbies®
10

Terrell016058

## EIS FORM
### Early Identification System
### Threshold Incident

**Employee's Name:** ▮▮▮▮▮▮▮▮▮▮▮▮      **Data Number:** __2064__

**Shift Assignment:** __Troop N__

**Supervisor's Name(s):** __Lt. Patrick D. Bradley__

**Significant Event Type:** __3 EIS Reports in a 90 day period.__

**Date of Event:** __02/01/2017__   **Location of Event:** __Troop N__

**Any previous events within the past 90 days** (Attach copies of any reports)

1.    __Taser Deployment__        **Date:** __02/01/2017__

2.    __Use of Force__        **Date:** __01/21/2017__

3.    __Use of Force__        **Date:** __01/10/2017__

### Synopsis of Events:

**Event #1:** 02/01/2017 at 2014 hours ▮▮▮▮▮▮▮ assisted NOPD Officer G.G. Aufdemorte Unit 1812 on a call for service at 106 Royal St. NOPD Officer asked for another unit to back him up. Police officers came in contact with ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. Witnesses advised the suspect was exposing himself. As Officer Aufdemorte attempted to handcuff him, the suspect fled on foot. The suspect ignored loud verbal commands given to him by the Police Officers. At one point the suspect stopped and took a fighting stance. Suspect was told he was going to be tased and he continued to flee from officers. ▮▮▮▮▮▮▮ deployed his taser and struck the suspect on the back. Suspect was taken to UMC with minor injuries. He was booked at CLU by NOPD under MCS 54-153 (Trespassing). MCS 54-441 (Flight from an officer) and MCS 54-254 (Lewd conduct).
NOPD item # B-1086-17

**Event #2:** 1/21/2017 at 1956 hours: ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ responded to a call for service about several protesters causing property damage to businesses and vehicles from St Charles Ave. to the French Quarter. Troopers came in contact with a large group of

protesters on Conti. Many protesters were wearing masks covering their faces and some were discharging fireworks along Conti. Troopers came in contact with ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ He was asked to remove his mask. He refused and swung his arm aggressively and struck ▮▮▮▮▮▮▮▮ forearm. Suspect attempted to run but he was quickly apprehended. As he was being arrested he discarded a plastic bag containing two beers and a brick. The brick struck an NOPD officer and caused minor injuries to her arm. Suspect was charged and booked at CLU under RS 14:329.2 (Inciting a riot), RS 14:313 (wearing a mask), RS 14:108 (resisting an officer) and RS 14:35.2 (battery on a police officer).

**Event #3: 1/10/2017 at 1205 hours,** Troop B dispatch notified Troop N that the St. Tammany Parish Sheriff's Office (STPSO) was in pursuit of a vehicle on I-10 west near Read Blvd. STPSO advised our dispatch that they received a call from the daughter of the fleeing driver, advising that her mother was trying to kill herself, and her mother had a gun in the vehicle. St. Tammany deputies located the vehicle in the Slidell area and attempted to make a traffic stop. The driver, ▮▮▮▮▮▮▮▮▮▮▮ refused to stop and continued west on I-10 into Orleans Parish. ▮▮▮▮▮▮▮ joined the pursuit. ▮▮▮▮▮▮▮ was able to make it up to the right side of the vehicle as it continued west on I-610. It was also announced via dispatch that ▮▮▮▮▮ was a possible perpetrator of a shooting and that she was mentally unstable. Due to the length of the pursuit, the aggressive driving, and the fact that she was approaching Jefferson Parish (Metairie), ▮▮▮▮ ▮▮▮▮ chose to use legal intervention to stop the vehicle. The legal intervention worked properly, and the vehicle rotated counter clockwise and struck the fence on the right side of the roadway. The vehicle continued west, coming to final rest across the Canal Boulevard off ramp from I-610 west.
▮▮▮▮▮▮ was transported, and admitted into University Medical Center for a psychological evaluation. She was subsequently charged and released to medical staff on municipal summons for MCS 54-449 (Resisting Arrest-Flight from an Officer); 32:61 (Speeding); 32:295.1 (No Seatbelt).

**Disposition:**

All three incidents occurred within a 90 day period and LSP Policy requires that a summary of the three incidents be documented and forwarded through the chain-of-command for review. Each incident described above was debriefed with ▮▮▮▮▮▮▮ Each incident was determined to be justified and that ▮▮▮▮▮▮▮ acted within the confines of the LSP Policy and Procedure. ▮▮▮▮▮▮ is a front line supervisor at Troop N in The New Orleans French Quarter and provides stellar leadership to the troopers on his shift rotation. ▮▮▮▮▮▮ continues to lead by example and work at a high level while working at Troop N in New Orleans.

No Further action taken.

Supervisor completing report: _[signature]_ #1769    Date: **02/04/2017**



**JOHN BEL EDWARDS**
**GOVERNOR**

**MICHAEL D. EDMONSON, COLONEL**
**DEPUTY SECRETARY**

## State of Louisiana
### Department of Public Safety and Corrections
### Public Safety Services

March 10, 2017

TO:      Major Carl Saizan
         Command Inspector

FROM:    Captain Darrin Naquin
         Commander-Troop N

RE:      EIS REVIEW-███

Per LSP Procedural Order #216 Early Identification System, I am forwarding an EIS report on ███ ███ for your review because he has been involved in three EIS incidents within a 90 day period. I have reviewed all of the documentation and I do not believe these incidents warrant any additional training or intervention. ███ continues to operate at a very high level and the nature of his assignment at Troop N is very proactive. This detail is in an urban/high crime environment and many of the calls and interactions with citizens involve some level of resistance. There appears to be no violations of LSP Policy and no training concerns during any of the incidents. I recommend that no further action be taken.

I've enclosed all the documents related to these incidents. Please advise if you require any additional information.

DJN
enclosures

# EIS FORM
### Early Identification System
### <u>Threshold Incident</u>

**Employee's Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮     **Data Number:** __2570__

**Shift Assignment:** __Troop N__

**Supervisor's Name(s):** __Lt. Patrick D. Bradley__

**Significant Event Type:** <u>3 EIS Incidents in 90 days review.</u>

**Date of Event:** <u>02/23/2017 (Use of Force)</u>   **Location of Event:** <u>Troop N</u>

**Any previous events within the past 90 days** (Attach copies of any reports)

1.  <u>Use of Force</u>                                    **Date:** __02/23/2017__

2.  <u>Use of Force/Taser</u>                            **Date:** __12/29/2016__

3.  <u>Pursuit</u>                                          **Date:** __12/19/2016__

<u>Synopsis of Events:</u>

<u>**Event #1:** 2/23/2017 at 1002 hours:</u> ▮▮▮▮▮▮▮▮▮▮▮ conducted a traffic stop on Rampart Street at St. Bernard Avenue. The driver of the stopped vehicle initially pulled over, but then placed the vehicle in drive and fled from the stop location. ▮▮▮▮▮▮▮ initiated the pursuit of the vehicle, which traversed several city streets. While pursuing the vehicle on AP Tureaud, the fleeing vehicle attempted to overtake a vehicle traveling in front of it, at which time the driver overcorrected as he passed the vehicle he was overtaking. The driver of the fleeing vehicle could not maintain control, during which time the vehicle entered the raised median and the vehicle flipped. The vehicle landed upright, against a telephone pole. The driver and passenger began to exit the vehicle via the passenger side, at which time ▮▮▮▮▮▮▮ attempted to prevent the suspects from fleeing, by positioning his unit's front end against the passenger side doors. ▮▮▮▮▮ ▮▮▮ actions were unsuccessful and the suspects exited the vehicle. ▮▮▮▮▮ immediately apprehended the passenger. ▮▮▮▮▮▮▮ pursued the driver on foot. A perimeter was immediately established. NOPD K9 and district units responded to assist. NOPD K9 was deployed which resulted in the K9 locating the driver under a house in the 1900 block of N. Dorgenois. The driver fled from under the house and scaled a fence

Terrell016062

before the K9 could be released for a physical apprehension. Troopers and NOPD apprehended the driver in the 1900 block of Law Street.

During a search of the vehicle a total of four weapons were located: Mossberg 12 gauge shotgun, Keltec .380, Ruger Tec .22, and Glock 22 40 cal. The Keltec was confirmed stolen. Also located in the vehicle was a ski type mask and narcotics; Marijuana and Methamphetamine.

As ████████ exited his vehicle, to apprehend the passenger, his unit did not engage in park, to which it continued to roll forward. ████████ unit sideswiped the rear bumper of a parked vehicle. The parked vehicle sustained very minor damage, as did ████████ unit. ████████ unit sustained minor/moderate damage to the front left side, when it made contact with the suspects' vehicle. While pursuing the driver, later positively identified as ████████, ████████ slipped and fell on his left knee. Both suspects were transported to UMCNO for examination and then to CLU were both released for booking. At the conclusion of the investigation, ████████ was experiencing some pain to his left knee. A First Report of Injury was completed and ████████ was sent for medical attention.

**Event #2:  12/29/2016 at 2330 hours:** ████████ and ████ conducted a traffic stop on N. Rampart Street at St. Louis Street. Troopers observed the front seat passenger who was later identified to be ████████ un-restrained in the vehicle. Before the vehicle in which ████ was occupying came to a stop, ████ fled from the vehicle on foot. ████████ gave chase to ████ and after several city blocks, ████ was taken into custody. ████ refused to comply with commands from ████████ to place his hands behind his back, therefore ████████ utilized his X2 Taser to gain compliance. Compliance was gained from ████ and he was placed under arrest without further incident. ████ was booked at CLU on MCS 54:441 "Resisting Arrest", MCS 54-450 "Interfering with Law Enforcement Investigations" and RS 32:295.1 "No Seatbelt". NOPD items L-32316-16 and L-32365-16. NOPD Summons G41640. LSP Citation B3155936.

**Event #3:  12/19/2016 at 2140 hours:** ████████ and ████ were assisting NOPD 5th District on a perimeter for a subject armed with an assault rifle in the area of Clouet Street and N. Miro Street. Upon the perimeter for the subject being lifted, Troopers began to drive back to the 8th District of NOPD. While on N. Claiborne at Elysian Fields, ████████ conducted a computer query of a license plate on a 2008 Acura which revealed it to have a switched license plate displayed. ████████ placed his unit behind the Acura in an attempt to conduct a traffic stop. Upon activating emergency lights and siren, the Acura began to flee at a high rate of speed down Elysian Fields. After a brief pursuit through several city streets, the Acura approached a construction zone which was closed to vehicle traffic at Arts Street and N. Galvez Street. The vehicle came to a stop at this location and three occupants exited the vehicle and began to flee on foot. ████████ was able to successfully detain the back seat passenger whom was identified as ████████ without incident. ████████ gave chase to the driver of the vehicle. The driver was able to escape after running through several abandoned houses in the area of Arts Street and N. Galvez Street. Upon returning to the

vehicle, Troopers located two firearms in the vehicle in plain view. One firearm, a Glock 9mm (LEE301) was located where the back seat passenger (████) was seated. The second firearm, a Glock 10mm (RVH118) was located on the front passenger floorboard. Also located in the vehicle was (0.20 Grams) of heroin which was located in ████ immediate possession. ████ denied ownership of both weapons and the narcotics in the vehicle. Due to this DNA was taken from both firearms and a DNA Buckle Swab was taken from ████. Also located in the vehicle was a cell phone which a warrant will be sought for. ████ was placed under arrest for RS 14:95(E) "Possession of a Firearm in the Presence of a CDS" and RS 40:966 "Possession of a Schedule 1 CDS". A computer query of ████ revealed he had a warrant (1172025) for RS 14:68 "Un-Authorized Use of Auto". The warrant was confirmed by NCIC. ████ was booked at CLU without incident on the above charges and warrant. All evidence and DNA was submitted to NOPD CE&P for processing. The vehicle was towed by Rock and Roll Towing. NOPD item L-21202-16.

**Disposition:**

All three incidents occurred within a 90 day period and LSP Policy requires that a summary of the three incidents be documented and forwarded through the chain-of-command for review. Each incident described above was debriefed with ████ supervisors, and all troopers involved in the incidents. Each incident was determined to be justified and that ████ acted within the confines of the LSP Policy and Procedure. ████ is assigned to Troop N which patrols in an urban / high crime environment. Since ████ assigned to Troop N, he has worked at a very high and professional level at all times.

No Further action taken.

**Supervisor completing report:** _____   **Date:** 3/3/2017

Terrell016064



JOHN BEL EDWARDS
GOVERNOR

MICHAEL D. EDMONSON, COLONEL
DEPUTY SECRETARY

## State of Louisiana
### Department of Public Safety and Corrections
### Public Safety Services

July 6, 2017

TO:      Major Carl Saizan
         Command Inspector

FROM:    Captain Darrin Naquin
         Commander-Troop N

RE:      EIS REVIEW- ▮▮▮▮

Per LSP Procedural Order #216 Early Identification System, I am forwarding an EIS report on ▮▮▮▮ ▮▮▮▮ for your review because he has been involved in three EIS incidents within a 90 day period. I have reviewed all of the documentation and I do not believe these incidents warrant any additional training or intervention. ▮▮▮▮ continues to operate at a very high level and the nature of his assignment at Troop N is very proactive.  This detail is in an urban/high crime environment and many of the calls and interactions with citizens involve some level of resistance.  There appears to be no violations of LSP Policy and no training concerns during any of the incidents. I recommend that no further action be taken.

I've enclosed all the documents related to these incidents. Please advise if you require any additional information.

DJN
enclosures

COURTESY • LOYALTY • SERVICE
"An Equal Opportunity Employer"
P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896

DPSSP 4117

Terrell016065

# EIS FORM
### Early Identification System

**Employee's Name:** ▓▓▓▓▓▓▓▓   **Data Number:** __2570__

**Shift Assignment:** Troop N / Team A   **Supervisor's Name(s):** Sgt. Chad Guidry

**Significant Event Type:**   Pursuit / Use of Force

**Date of Event:** 6/23/2017   **Parish of Event:** Orleans

**Witnesses:** None

**Any previous events within the past 90 days, 2 additional or 365 days, 5 additional (Shade the choice applicable and attach copies of any supporting documents)**

1.    Use of Force         90 or 365 days   Date: 5/31/2017

2.    Use of Force         90 or 365 days   Date: 6/11/2017

3.    Pursuit/Use of Force     90 or 365 days   Date: 6/23/2017

4.    _____   90 or 365 days   Date: _____

5.    _____   90 or 365 days   Date: _____

**This event meets the threshold for an EIS review:  Yes / No**

**Synopsis of Event:**

**6/23/2017 at 0550 hours:** ▓▓▓▓▓▓▓▓ initiated a stop on a 2013 Ford Mustang, while traveling on US 90B West, prior to the St Charles Avenue exit. The vehicle refused to stop and initiated a slow speed pursuit. The pursuit continued across the Crescent City Connection on US 90B. ▓▓▓▓▓▓ responded and assisted in the pursuit. ▓▓▓ ▓▓▓ and ▓▓▓▓▓▓ were able to block-in the pursued vehicle, terminating the pursuit on the Crescent City Connection. As ▓▓▓▓ approached the vehicle, the driver refused to exit the vehicle. A passenger of the vehicle unlocked the doors to which ▓▓▓ ▓▓▓ was able to access the driver's door. The driver continually refused to exit the vehicle and actively resisted, at which time ▓▓▓▓ deployed his TASER, which proved to be ineffective. With the assistance of responding units, ▓▓▓▓ was able to take the driver into custody. A search of the vehicle yielded a Berreta PX4 (45 caliber) pistol, marijuana residue, and two digital scales. The driver was arrested and booked at the Orleans Parish Criminal Justice Center. The passenger was released.
Sgt. Chad Guidry and Lt. Johnson Hale were the on-scene supervisors. There was no injury to LSP/DPS personnel and no property damage to LSP/DPS property.

Terrell016066

Driver:     Jonathan Payne B/M 11/23/1992
Charges:    RS 14:63 (Warrant) RS 14:108.2, RS 14:108.1, RS 40:1023, RS 32:79, RS
            32:361.1, and RS 32:415

**06/11/2017 at 0030 hours:** ██████████ and ██████attempted to conduct a traffic
stop on N. Rampart St at St. Peter St. Troopers positioned their fully marked unit behind
the vehicle in which they were attempting to stop.  Upon the driver ████████████
██████ observing Troopers behind him, he pulled the vehicle to the right shoulder.
██████ immediately exited the vehicle, fleeing on foot down N. Rampart running in the
N/B lanes of travel.  Troopers actively pursued █████ in their fully marked unit before
having to give chase on foot.  Troopers gave █████ loud repetitive commands to stop.
██████ ignored Troopers verbal commands and continued to flee on foot.  After several
blocks████████████ successfully deployed his Taser and immediately gained
compliance from ██████.  ██████ was placed in handcuffs (CFTDL) and read his rights
per Miranda.  ██████was escorted back to the initial scene for investigations.  A search
of the vehicle in which ██████ was driving revealed 26 signed checks from numerous
companies, other persons and law firms, 59 blank checks from numerous companies,
other persons and law firms, numerous money orders, numerous tax returns, online
banking information, gift cards, birth certificates, social security numbers and numerous
other persons credit histories.  Also located in the vehicle was a key fob for a Chrysler
vehicle (NY Plate GSC2005).  The vehicles information on this key fab revealed the
vehicle in which the key belonged to was reported stolen out of Hertz Rental in Kenner,
LA (B8097316).  A computer query of██████ revealed a warrant for "Escape" from a
work release program out of Lawrenceville, GA (#17w-09982) which was verified by
NCIC and confirmed he would be extradited.  Due to ██████ complaint of chest pains,
he was immediately transported to University Medical Center.  ██████ has been admitted
and upon his release will be booked into CLU on RS 14:108 "Resisting Arrest", RS 32:51
"No Plate", RS 32:354 "Driver's Side Mirror Required", RS 32:295.1 "No Seatbelt" and
warrant (#17W-09982) issued 06/01/2017.  It should also be noted██████ had other out
of State "non-extradition" warrants for "Flight to Elude", "Financial Transaction Card
Fraud" and "Theft by Taking".  The investigation is ongoing and additional charges are
forth-coming.

**05/31/2017 at 0740 hours:** ████████████ observed a vehicle traveling on Conti St at
Decatur St with traffic violations. ████████████ conducted a traffic stop on the vehicle
at Conti St and Decatur St.  Upon ████████████ approaching the driver (████████████
████████████ immediately presented ██████ with a Badge inside of a police
commission wallet.  ████████████ did not recognize the badge and asked ██████whom
he worked for and he stated National, Federal, State officer.  While speaking to ██████
██████ also observed handcuffs, a digital radio, binoculars and strobe lights
affixed to the trucks windshield.  Upon further investigations, it was learned the company
in which ██████ stated he worked for was a security agency based out of Texas.  All of
██████ information was collected and ██████ attempted to have ██████ sign a
Uniform Traffic Citation at which time ██████ became irate and stated he was not signing
that.  It should also be noted██████ was irate with ████████████ from the beginning of
the traffic stop.  ████████████ informed ██████ he was going to be placed under arrest for

Terrell016067

refusing to sign the ticket at which time ████ became more irate. ████████ attempted to place ████ hands behind his back due to ████ ignoring verbal orders to do so. ████████ immediately began to struggle with ██ as ████ refused to be placed in handcuffs. ████████ was able to secure ████ left hand in handcuffs but un-able to secure his right hand.   After a brief struggle ████████ was able to gain control of ████ by placing his arms into arm bars so ████ could not utilize his arms and radioed for a back-up unit. ████████████ arrived on scene and Troopers were able to place ████ in handcuffs without further incident. Once in custody, ████ began to yell vulgar statements at ████████ and ████ and stated he would have their badges and their job. ████ was booked at CLU on RS 14:112.1 (False Impersonation of a Police Officer), RS 14:108.2 (Resisting Arrest with Force or Violence), RS 14:122 (Public Intimidation), RS 47:507 (Improper Display of License Plate), RS 32:415 (Driving Under Suspension) and RS 32:53D (No MVI).
NOPD Item E-38229-17 and E-38250-17.


**Disposition:**

All three incidents occurred within a 90 day period and LSP Policy requires that a summary of the three incidents be documented and forwarded through the chain-of-command for review.  Each incident described above was debriefed with ████████ supervisors, and all troopers involved in the incidents.  Each incident was determined to be justified and that ████████ acted within the confines of the LSP Policy and Procedure. ████████ is assigned to Troop N Patrol. This detail is in an urban / high crime environment. Also the majority of the calls and interactions with citizens involve extreme impairment. ████████ has also been a proactive member of the detail and has worked at a very high and professional level during his tour of duty.

No Further action taken.


**Supervisor completing report:** <u>Sgt. Chad LaCoste</u>  *CL*       **Date:** 6/21/2017



*John Bel Edwards*
*Governor*

*Michael D. Edmonson, Colonel*
*Deputy Secretary*

## State of Louisiana
### Department of Public Safety and Corrections
### Public Safety Services

February 22, 2017

TO:      Major Carl Saizan
         Command Inspector

FROM:    Captain Darrin Naquin
         Commander-Troop N

RE:      EIS REVIEW-█████

Per LSP Procedural Order #216 Early Identification System, I am forwarding an EIS report on █████ █████ for your review because he has been involved in six EIS incidents within a 365 day period. I have reviewed all of the documentation and I do not believe these incidents warrant any additional training or intervention. █████ was involved in a very minor fleet crash that did not result in any injury or damage, nevertheless the crash was preventable. █████ was verbally counseled regarding the crash by Lt. Bradley and we are awaiting the findings of the fleet crash review board regarding that incident. █████ continues to operate at a very high level and the nature of his assignment at Troop N is very proactive.  This detail is in an urban/high crime environment and many of the calls and interactions with citizens involve some level of resistance. There appears to be no violations of LSP Policy and no training concerns during any of the incidents. I recommend that no further action be taken.

I've enclosed all the documents related to these incidents. Please advise if you require any additional information.

DJN
enclosures

*COURTESY • LOYALTY • SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

DPSSP 4117

# EIS FORM
### Early Identification System
### Threshold Incident Review

**Employee's Name:** ▮▮▮▮▮▮▮▮▮▮          **Data Number:** __2589__

**Shift Assignment:**   __Troop N / Team A__

**Supervisor's Name(s):**   __Lt. Patrick D. Bradley__

**Significant Event Type:** __6 EIS Reports in a 365 day period.__

**Date of Event:** __02/22/2017__   **Location of Event:** __Troop N__

**Any previous events within the past 90 days** (Attach copies of any reports)

| | | | |
|---|---|---|---|
| 1. | Use of Force | Date: | __02/13/2017__ |
| 2. | Fleet | Date: | __01/02/2017__ |
| 3. | Use of Force | Date: | __11/13/2016__ |
| 4. | Fleet | Date: | __07/22/2016__ |
| 5. | Use of Force | Date: | __07/19/2016__ |
| 6. | Pursuit | Date: | __06/29/2016__ |

## Synopsis of Events:

2/13/2017 at 1910 hours: ▮▮▮▮▮▮▮ and ▮▮▮▮ were on foot patrol on Bourbon Street near Conti.  Troopers observed a white male, later learned to be ▮▮▮▮▮ ▮▮▮▮▮▮▮, sitting down obstructing the sidewalk.  Troopers advised ▮▮▮▮▮ to stand up and move along.  At this point ▮▮▮▮▮ became hostile, screaming obscenities at Troopers.  ▮▮▮▮▮▮ then ordered ▮▮▮▮ to place his hands on the wall so that he could frisk ▮▮▮▮▮ for weapons in the interest of officer safety. ▮▮▮▮ then resisted ▮▮▮▮▮ by refusing to place his hands on the wall.  ▮▮▮▮ then attempted to handcuff ▮▮▮▮ at which time he continued to resist.  Troopers then escorted ▮▮▮▮ to the ground.  ▮▮▮▮▮ continued to resist by not providing Troopers with his hands.  After placing ▮▮▮▮ in handcuffs and standing him up ▮▮▮▮ began kicking ▮▮▮▮▮▮ legs repeatedly.  ▮▮▮▮▮ then spat in ▮▮▮▮▮▮

face. ████ was then escorted to the rear of ████████ marked unit where he was searched incidental to arrest. A search ████████ left pants pocket revealed one small plastic bag containing white powder inside a box of Kool Cigarettes. Also founds were two pipes containing residue. ████████ was evaluated by EMS at the scene after the incident was over. ████ then transported himself to UMC New Orleans for further treatment and testing. After ████ is released from UMC he will be transported to CLU and charged with LA R.S. 14:107 (Vagrancy), LA R.S. 14:108.2 (Resisting an Officer with Force or Violence, LA R.S. 14:34.2(B)(3) (Battery of a Police Officer), LA R.S. 40:971.1 (Possession of a False Representation of a CDS, and LA R.S. 40:123 (Drug Paraphernalia).
NOPD Item #B-15011-17.

**1/2/2017 at 0920 hours:** ████████ was involved in a two vehicle crash on Esplanade at Rampart. ████████ was Vehicle 1 and he rear ended vehicle 2.

**11/13/2016 at 0917 hours:** ████████ conducted a traffic stop on N. Claiborne at Elysian Fields on a 2012 Lexus IS 250. Upon approaching the vehicle, ████████ noticed a strong odor of marijuana emitting from the interior of the car. The driver of the vehicle was identified as ████████ At this time ████████ and ████████ arrived to assist with a search of the vehicle. A probable cause search of the vehicle was being conducted, during which time ████ fled on foot. ████████ and ████████ gave chase after ████ and apprehended him, upon a successful TASER deployment. ████████ retrieved the evidence inside of the vehicle. The probable cause search of the vehicle yielded a Colt 1911 handgun with an obliterated serial number, 27 bags of heroin (11.08 Grams) and 1 bag of marijuana (6.21 Grams). All narcotics NIK tested positive. ████ was placed under arrest and booked at CLU on RS 14:95E (Possession of a Firearm with a CDS), RS 14:95.1 (Possession of a Firearm by a Convicted Felon), RS 14:95.7 (Possession of a Firearm with an Obliterated Serial Number), RS 40:966 (Possession with the Intent to Distribute a Sch I CDS to wit Heroin), RS 40:966 (Possession of Sch I CDS to wit Marijuana), RS 14:108.1 (Resisting Arrest by Flight), RS 47:501 (Failure to Register) and RS 32:52 (No Driver's License). The evidence was logged at NOPD CE&P. LSP Citation B3155710. NOPD items K-13319-16 and K-13329-16.

**Legal intervention**
**07/22/2016 at 1520 hours:** ████████ and ████████ attempted to conduct a traffic stop on Canal at Rampart. Troopers activated their lights and siren but the driver of the scooter ignored and attempted to elude the Troopers. The driver was swerving in and out of traffic and refused to stop. The scooter made a left turn onto Burgundy. Troopers used legal intervention by boxing the driver of the scooter at a slow speed. Troopers were concerned for the pedestrians in the area due to the scooter driving recklessly. The driver was taken into custody without any injuries to any party. He was identified as ████████. He was booked at CLU under RS 14:99 (Reckless operation). RS 14:108 (Flight from an officer) and RS 32:232 (Red Light).
NOPD item # G-23920-16 Citation # 3163001.

**07/19/2016 at 1045 hours:** ▓▓▓▓▓▓ stopped a red Mercedes sedan on Canal Street N/B at South Roman for an improper display of license plate violation (LA temp tag-17277304). Upon stopping, ▓▓▓▓▓ approached the driver's side window which was rolled down about halfway. When asked to produce his driver's license the driver of the vehicle, later identified as ▓▓▓▓▓, refused to show it and stated that he was calling his attorney on the phone. ▓▓▓▓▓ instead attempted to hand ▓▓▓▓▓ the business card for his attorney. ▓▓▓▓▓ then ordered ▓▓▓▓▓ to exit the vehicle several times, and warned that he would break the vehicle's window if ▓▓▓▓▓ did not comply. ▓▓▓▓▓ did not comply and instead stated that he did not have to exit the vehicle and that ▓▓▓▓▓ was "violating his rights." ▓▓▓▓▓ then struck the driver's side window of the vehicle with the butt of his flashlight until the window broke. At that point, ▓▓▓▓▓ was able to reach into the vehicle, unlock the driver's side door, and pull on the seatbelt ▓▓▓▓▓ was wearing until he unbuckled it. ▓▓▓▓▓ then exited the vehicle, was placed in handcuffs, and advised of his rights per Miranda Warning. ▓▓▓▓▓ was transported to CLU without incident where he was charged with LA R.S. 14:108 "Resisting an Officer." ▓▓▓▓▓ was issued a citation for LA R.S. 47:507 "Improper Display of License Plate," and LA R.S. 32:52 "No Driver's License." The vehicle operated by ▓▓▓▓▓ was towed from the scene by R&S Towing. ▓▓▓▓▓ received minor cuts from breaking the window but refused EMS treatment at the scene. ▓▓▓▓▓ suffered no injuries in the incident. NOPD item G-20338-16. LSP citation B2652443. NOPD Affidavit G56150. LSP for Record Only Ticket B2652443.

**06/29/2016 at 1130 hours:** ▓▓▓▓▓ attempted to stop a tan Nissan Altima traveling northbound on Esplanade Avenue just south of Burgundy Street. A routine computer query revealed that the vehicle had a switched license plate that came back to a red Dodge Neon (LA-XNB323). The driver of the vehicle, later identified as ▓▓▓▓▓, refused to stop after ▓▓▓▓▓ activated his emergency lights and siren. ▓▓▓▓▓ fled northbound on Esplanade Ave and then initiated a right turn onto Burgundy Street and accelerated. ▓▓▓▓▓ immediately encountered heavy traffic on Burgundy Street and was unable to proceed any further. ▓▓▓▓▓ then positioned his unit bumper to bumper with ▓▓▓▓▓ vehicle in order to pin his vehicle in and prevent him from fleeing further. ▓▓▓▓▓ then ordered ▓▓▓▓▓ from his vehicle at which time he was placed in handcuffs and then in the rear of his marked unit for safety. While in the rear of the unit ▓▓▓▓▓ complained of having trouble breathing, to which EMS was requested. New Orleans EMS then transported ▓▓▓▓▓ to University Medical Center (UMC). After being released by doctors of UMC, ▓▓▓▓▓ was transported to CLU where he was charged with 17271 MCS 54-449 "Flight From and Officer." Two citations were also issued to ▓▓▓▓▓ for R.S. 47:536 "Switched License Plate," R.S. 32:56 "Obedience to Police," R.S. 47:501 "Failure to Secure Registration," R.S. 32:1304E "Expired MVI Sticker," R.S. 32:52 "No Driver's License," and R.S. 32:865 "No Insurance." An NOV ticket was also issued, and ▓▓▓▓▓ vehicle was towed from the scene by Rudy Smith Towing. NOPD Item F-33044-16. LSP citations B2652430, B2652431. NOV #2739012.

**Disposition:**

All six incidents occurred within a 365 day period and LSP Policy requires that a summary of the six incidents be documented and forwarded through the chain-of-command for review.  Each incident described above was debriefed with ███████, supervisors, and all troopers involved in the incidents.  Each incident was determined to be justified and that ███████ acted within the confines of the LSP Policy and Procedure, with the exception of a very minor Fleet crash that occurred on 01/02/2017.  On that date, ███████ was involved in a very minor rear end crash on Esplanade Ave. at N. Rampart St. ███████ was at fault however the accident was extremely minor with no visible damage to either vehicle.  I counseled ███████ to be make sure he is being vigilant while patrolling Troop N. ███████ continues to work at a high level while assigned to Troop N.

No Further action taken.

Supervisor completing report _____   Date: __02/22/2017__

Terrell016073



JOHN BEL EDWARDS
GOVERNOR

MICHAEL D. EDMONSON, COLONEL
DEPUTY SECRETARY

# State of Louisiana
## Department of Public Safety and Corrections
### Public Safety Services

September 13, 2017

TO:     Major Frank Ducote
        Command Inspector- Region 1 Patrol

FROM:   Captain Darrin Naquin
        Commander-Troop N

RE:     EIS REVIEW- ███████

Per LSP Procedural Order #216 Early Identification System, I am forwarding an EIS report on ██████████ ████████████ for your review because he has been involved in four EIS incidents within a 90 day period. I have reviewed all of the documentation and I do not believe these incidents warrant any additional training or intervention. All of the incidents occurred while ████████████ was assigned to "Operation Summer Heat." Due to the nature of this assignment he was very proactive and operated at a high level during the entire detail. This detail was worked in an urban/high crime environment and many of the calls and interactions with citizens involved some level of resistance. There appears to be no violations of LSP Policy and no training concerns during any of the incidents. I recommend that no further action be taken.

I've enclosed all the documents related to these incidents. Please advise if you require any additional information.

DJN
enclosures

DPSSP 4117

Terrell016074

# EIS FORM
### Early Identification System

**Employee's Name:** _____   **Data Number:**   2002_____

**Shift Assignment:** Op Summer Heat___   **Supervisor's Name(s):** Sgt. Chad Guidry

**Significant Event Type:** ___Use of Force / TASER_____

**Date of Event:**   8/3/2017_____   **Parish of Event:**   Orleans_____

**Witnesses:** None

**Any previous events within the past 90 days, 2 additional or 365 days, 5 additional (Shade the choice applicable and attach copies of any supporting documents)**

1.   ___UOF-TASER_____   90 or 365 days   Date: _7/21/2017____

2.   ___Pursuit_____   90 or 365 days   Date: _7/19/2017____

3.   ___Pursuit_____   90 or 365 days   Date: _7/8/2017_____

4.   _____   90 or 365 days   Date: _____

5.   _____   90 or 365 days   Date: _____

**This event meets the threshold for an EIS review:  Yes / No**

**Synopsis of Event:**

**8/3/2017 at 1700 hours:** An NOPD officer was notified that a B/M had just stolen the victim's motorcycle from Joe Brown Park, located on Read Blvd.  The NOPD officer had a visual of the motorcycle and continued to follow it.  NOPD 7th District Task Force Officer and LSP Troopers responded to the area.  The suspect crashed the motorcycle and fled on foot.  During a perimeter search, Officers and Troopers located the suspect on Pine St and W. Laverne.  The suspect attempted to flee by jumping over fences. ▇▇▇▇ successfully deployed his TASER.  The suspect was taken into custody by NOPD. There were no injuries or property damage to any Troopers or NOPD Officers. N.O.P.D. Item #H-003631-17.

**07/21/17 at 2015 hours:** ▇▇▇▇▇ and ▇▇▇▇▇ were patrolling the area of Stonewood Ct and Curran Street.  Troopers observed the driver of a Jeep (2003 RPB332) not wearing his seatbelt.  A traffic stop was conducted.  The driver (▇▇▇▇▇▇ ▇▇▇▇▇) exited the vehicle and began to flee the area on foot.  Troopers gave chase for several blocks. ▇▇▇▇▇ deployed his TASER but was not effective. ▇▇▇



deployed is tazer a second time however one probe missed.  Crawford continued running at which time█████████deployed his TASER.  The TASER was effective causing Crawford to go to the ground.  Once on the ground██████████attempted to handcuff Crawford at which time he began to resist. ████████████activated his TASER using the arc button at which time Crawford was handcuffed.  A check for warrants revealed Crawford to have five open item warrants (H-30364-16 Unauthorized Use of Vehicle, Battery, and Simple Robbery, H-06914-16 Battery and Burglary, L-05772-16 Criminal Damage, F-23232-16 Battery and Unauthorized Use of a Vehicle.  Crawford was also booked on MCS 54-441 (Resisting Arrest) and MCS 54-505 (Simple Possession of Marijuana/.57 gms) on NOPD Item G-27690-17.  Evidence was submitted to CP&E.

**07/19/2017 at 1809 hours:**████████████and█████were patrolling Chef Menteur Highway, when they observed a motorcycle traveling on Chef Menteur with no license plate as well as no helmet on the driver.  The troopers activated their emergency lights and attempted to conduct a traffic stop.  The driver accelerated and attempted to flee the area.  The troopers continued to follow the vehicle, at which time, the vehicle began traveling off the roadway into a large grassy area.  The occupants exited the vehicle and attempted to run on foot for a short distance before being apprehended by troopers.  The driver,████████████████ was taken into custody without further incident.  The suspect was arrested and charged with RS 14:108.1 (Aggravated Flight from an Officer) and RS 14:108 (Resisting an Officer).  The suspect was booked into CLU without incident.  Troopers were unable to verify the information on the motorcycle due to the VIN being removed.  The vehicle was towed by RJS Wrecker Service.  N.O.P.D. Item #G-24713-17.

**07/08/2017 at 2010 hours:**████████████and████████were patrolling the area of St. Bernard and Claiborne Ave when they observed a blue Chevrolet Malibu bearing Alabama license plate # 2361AR2 make and illegal turn onto St. Bernard Ave. Upon attempting the stop the vehicle for the traffic violation the vehicle refused to stop and fled at a high rate of speed.  The suspect vehicle continued to flee turning onto AP Tureaud Street then onto Broad Street.  Once on Broad Street the suspect jumped out of the vehicle at the intersection of Broad Street and I-610 and attempted to flee on foot. While fleeing on foot the troopers observed the suspect threw an object up onto the I-610 on ramp.  The suspect continued to run disobeying the troopers' commands. ████ ████████and████████ boxed the suspect in under the overpass at which time he continued to resist arrest.████████deployed his TASER striking the suspect in the face (right cheek) with a probe.  The suspect immediately became compliant and was taken into custody without further incident. The object retrieved from the on ramp was found to be a clear plastic bag containing 20.5 grams heroin.  The suspect was transported to UMC where he was treated and released.  The suspect,████████████████████████of New Orleans, was booked into CLU under the following charges:
RS 40:966; Possession of a Schedule I CDS (20.5 grams Heroin)
LRS 14:99; Reckless Operation
LRS 14:108.1; Aggravated Felony Flight
LRS 14:108;  Resisting Arrest
NOPD ITEM # G-10501-17

**Disposition:**

All four incidents occurred within a 90 day period and LSP Policy requires that a summary of the four incidents be documented and forwarded through the chain-of-command for review.  Each incident described above was debriefed with ████████ supervisors, and all troopers involved in the incidents.  Each incident was determined to be justified and that ████████ acted within the confines of the LSP Policy and Procedure.  ████████ is assigned to the LSP Operation Summer Heat. This detail is in an urban / high crime environment. Also the majority of the calls and interactions with citizens involve extreme impairment. ████████ has been a proactive member of the detail and has worked at a very high and professional level during his tour of duty.

No Further action taken.

**Supervisor completing report:** <u>Lt. Jody Hasselbeck</u>   **Date:**  <u>9/11/2017</u>



JOHN BEL EDWARDS
GOVERNOR

MICHAEL D. EDMONSON, COLONEL
DEPUTY SECRETARY

## State of Louisiana
### Department of Public Safety and Corrections
### Public Safety Services

July 6, 2017

TO:     Major Carl Saizan
        Command Inspector

FROM:   Captain Darrin Naquin
        Commander-Troop N

RE:     EIS REVIEW- ████████

Per LSP Procedural Order #216 Early Identification System, I am forwarding an EIS report on ████████ ████████████ for your review because he has been involved in three EIS incidents within a 90 day period. I have reviewed all of the documentation and I do not believe these incidents warrant any additional training or intervention. ████████████ continues to operate at a very high level and the nature of his assignment at Troop N is very proactive. This detail is in an urban/high crime environment and many of the calls and interactions with citizens involve some level of resistance. There appears to be no violations of LSP Policy and no training concerns during any of the incidents. I recommend that no further action be taken.

I've enclosed all the documents related to these incidents. Please advise if you require any additional information.

DJN
enclosures

## EIS FORM
### Early Identification System
### <u>Threshold Incident</u>

**Employee's Name:** ▓▓▓▓▓▓▓▓▓▓▓▓     **Data Number:** <u>2616</u>

**Shift Assignment:** <u>Troop N</u>

**Supervisor's Name(s):** <u>Sgt. Chad S. LaCoste</u>

**Significant Event Type:** <u>3 EIS Incidents in 90 days.</u>

**Date of Event:** <u>06/05/2017</u>   **Location of Event:** <u>Troop N</u>

**Any previous events within the past 90 days** (Attach copies of any reports)

| | | |
|---|---|---|
| 1. | <u>France Street at US 90 / Pursuit</u> | **Date:** <u>04/06/2017</u> |
| 2. | <u>I-10 Service Road at Severn Avenue / Pursuit/UOF</u> | **Date:** <u>04/29/2017</u> |
| 3. | <u>N. Claiborne at Elysian Fields / Foot Pursuit/UOF</u> | **Date:** <u>05/24/2017</u> |

### <u>Synopsis of Events:</u>

**Event #1:** Troopers were in the area of France Ave and US 90 searching for a vehicle which fled from another LSP unit. ▓▓▓▓▓▓▓▓▓▓ picked the vehicle up northbound along France Ave where a pursuit ensued to Haynes Blvd, to Press, to Leon C Simon Blvd and through the Gentilly neighborhood down Music and St Roch Streets. Throughout the pursuit the driver of the vehicle violated several traffic laws (failing to stop for red lights, disregarding stop signs and careless operation of the vehicle). The suspect vehicle made a right from Music Street onto Gentilly Boulevard, where Troopers lost sight of the vehicle. A search of the area was conducted to no avail. There was no damage to any property, nor were there any injuries reported.

**Event #2:** ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓ conducted a license plate query on LA (830ALG) parked along Treme near St Louis. An NCIC Stolen Vehicle hit returned on the 2009 Pontiac G8 sedan (OCA #D-33746-17). Upon seeing the fully-marked LSP unit, the vehicle began to pull off. As the vehicle began to accelerate along Treme towards Canal, Troopers initiated blue lights to stop the vehicle. The vehicle refused to stop and a pursuit ensued northbound along Canal St. Speeds reached approximately 80-100 MPH along Canal St. The vehicle traveled northbound in the southbound lanes for a span of a

Terrell016079

few city blocks. The vehicle disregarded red traffic lights and other traffic laws. The vehicle made a left at City Park Ave towards I-10 where it continued west along Metairie Rd into Jefferson Parish. Speeds reached approximately 60-80 along Metairie Rd while disregarding lane usage and traffic laws. The vehicle temporarily lost control along Metairie Rd at Severn Ave, causing the rear bumper to come off in the roadway. The vehicle then proceeded northbound along Severn Ave. Upon approaching S I-10 Service Rd, Troopers used legal intervention to stop the vehicle. The vehicle traveled through a chainlink fence and lost control before coming to rest beyond the shoulder of eastbound I-10. The driver, later identified as ███████████████, exited the driver door and began to flee on foot. A foot pursuit ensued for a short distance where ████████████ deployed taser probes, striking ██████ in the high/right back and low/left back, effectively stopping ████ returned to the vehicle to apprehend the passenger, identified as ███████████████████. The vehicle was verified and confirmed stolen by LSP Departmental Dispatch. It was towed by Mardi Gras Towing. A computer query of ████revealed an active Open Item warrant for theft (H-06487-16) and a Municipal Attachment (1205505C); Confirmed by NOPD-NCIC and faxed to JPCC. Both subjects were transported to University Medical Center for medical attention and released.████████ was transported to and booked into JPCC for RS 14:69 (Illegal Possession of Stolen Things), RS 14:108 (Resisting an Officer), RS 14:108.1 (Aggravated Flight from an Officer), RS 14:99 (Reckless Operation of a Vehicle) and RS 14:966 (Possession of Schedule I (Marijuana). ████████ was cited for RS 32:415 (Suspended Driver's License), RS 32:79 (Improper Lane Usage), RS 32:82 (Crossing a Median prohibited), RS 32:232.3a (Disregard Red Traffic Signal), RS 32:74B (Passing on Shoulder prohibited). ██████was transported to and booked into JPCC as a fugitive.

**Event #3:** ████████████was at 1601 Elysian Fields Avenue (Shell Station) refueling, when he observed a black male pull into the parking lot on a motorcycle. The driver was not wearing a helmet, while operating a motorcycle on a public roadway. The suspect, later identified as ████████████████ parked the bike in a handicapped parking spot, in front of the store. The driver exited the bike and entered the store. As the suspect exited the store, ██████████pulled in front of the bike and made contact with ████████ ██████████informed the suspect of the equipment violation and asked if he had a helmet. ████████conducted a computer query of the VIN. N.C.I.C. response indicated the VIN/Vehicle had been stolen out of East Baton Rouge Parish. The theft was reported by East Baton Rouge Parish Sheriff's Office under, OCA #17-32406.████████attempted to handcuff the suspect, at which time, Brown actively resisted by pushing off the hood of ████████unit. ██████fled the location on foot, with ████████ in pursuit. ██████████was able to catch the suspect. ██████attempted to punch ████████ in attempt to evade arrest. ██████████ shoved █████, to create distance before deploying his Taser. During the first Taser probe deployment, only one probe made contact. A second set of Taser probes was deployed, which prove successful. The suspect fell to the ground and ████████████was able to hold the suspect on the ground. While on the ground, the suspect continued to resist, by not putting both hands behind his back. With the help of a Good Samaritan and a couple drive stuns to the upper back, ████████████was able to handcuff the suspect. Several other Troop N Troopers arrived to assist ████████

LSP Dispatch verified and confirmed the motorcycle to be stolen via E.B.R.S.O. Operator Cobb. The motorcycle's value at the time of recovery was reported at $4299.99. The East Baton Rouge Parish Sheriff's Office was contacted of the recovery before the vehicle was towed by RJS. New Orleans EMS arrived on scene to provide medical attention to ▓▓▓▓ who claimed to be a diabetic. N.O.E.M.S. informed ▓▓▓▓ of ▓▓▓ blood sugar being very high. ▓▓▓ was transported to University Medical Center where he was treated for his condition. After being released from the hospital, ▓▓▓ was booked into CLU for RS 14:69 (Illegal Possession of Stolen Things valued over $4000) and RS 14:108 (Resisting an Officer). In addition, the suspect was issued traffic summons #3209007 and #3209008 for RS 32:190 (No Motorcycle Helmet), RS 32:415 (Suspended Driver's License), RS 40:1400 (Parking in Handicap), RS 47:501 (Operating an Unregistered Vehicle) and RS 32:53 (Proper Equipment Required) for no headlight, brake light or turn signals or mirror. N.O.P.D. E-29812-17

## Disposition:

All three incidents occurred within a 90 day period and LSP Policy requires that a summary of these incidents be documented and forwarded through the chain-of-command for review. Each incident described above was debriefed with ▓▓▓▓▓▓ supervisors, and all troopers involved in the incidents. Each incident was determined to be justified and/or not at fault and that ▓▓▓▓▓▓ acted within the confines of LSP Policy and Procedure. ▓▓▓▓▓▓ is assigned to Troop N, which is in an urban/high crime environment. Since ▓▓▓▓▓▓ has been a proactive member of the detail he has worked at a very high and professional level at all times.

No Further action taken.

Supervisor completing report: _____   Date: __06/05/2017__



*JOHN BEL EDWARDS*
*GOVERNOR*

*KEVIN W. REEVES, COLONEL*
*DEPUTY SECRETARY*

### 𝔖tate of 𝔏ouisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

April 20, 2017

TO:        Major Carl Saizan, Patrol, Command Inspector

FROM:   Captain Darrin Naquin, Commander -Troop N

RE:        EIS Review on ███████████████

Per LSP Procedural Order #216 Early Identification System, I am forwarding you this EIS threshold review report on ████████████████ because he has been involved in three EIS incidents in a 90 day period. As you know Troop N is based in an urban, high crime area, and many of our calls for service and our proactive interactions with the public involve individuals who may be impaired and/or may be violent in nature which sometimes require our troopers to pursue and use force to resolve incidents.  Many of the various actions taken to resolve these incidents are classified by our department as EIS threshold events.   Because of the nature of our assignment, all of our troopers are frequently thrust into responding to or initiating action on these high risk incidents. Additionally, our proactive troopers have an elevated potential of regularly being subjected to EIS threshold reviews. ████████████, being a very proactive trooper himself, bears this burden.

Lt. Dean Behrens and I have reviewed the three incidents involving ████████████ listed below. We have found no violations of LSP Policy nor training concerns in any of the incidents which would warrant intervention or additional training.  Therefore, I recommend that no further action be taken.

Please review the incidents below and advise me if you need any additional information.

DJN

**Most Recent Incident, (Pursuit):**  On January 30, 2017, ████████████ and ███████ observed a white Acura TL, traveling on Interstate 10 westbound at Orleans Avenue. The database revealed that the temporary Texas license bearing on the vehicle came back with no record on file. Troopers activated their unit's lights and siren to conduct a traffic stop. The arrested subject exited off to Orleans Avenue and accelerated his vehicle at a high rated speed. The driver continued to flee at a high rated speed down city streets against traffic committing several additional traffic offenses. The driver and front right passenger exited the vehicle in the 2100 block of Ozanga Street and fled on foot.  A perimeter was established where ███████ observed the driver run down a side alley of a residence. A dark color jacket was recovered in the area where the driver absconded. The jacket's front left pocket contained a black plastic box. Inside the box there were (5) individual plastic bags containing an off white powdery substance, and a clear plastic bag containing vegetable matter. The driver was later apprehended in the 1600 block of North Miro Street and was arrested for Aggravated Flight from the Officer,

*COURTESY  ●  LOYALTY  ●  SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

Terrell016082

Resisting Arrest, Possession of Marijuana (.61 grams) and Possession of Amphetamine (.74 grams). The second subject was not apprehended.

**1st Previous Incident, (Use of Force):** On January 15, 2017, ▮▮▮▮▮▮▮▮ and ▮▮▮ stopped to assist ▮▮▮▮▮▮▮▮ with a pedestrian stop, on North Peters Street near Elysian Fields Avenue. ▮▮▮▮▮▮▮▮ stated that he was notified by two complainants that a suspect was attempting to gain entry into several vehicles that were parked along North Peters Street. The witnesses stated that the suspect was walking passed vehicles, pulling at the door handles. ▮▮▮▮▮▮▮▮ stated that the suspect had provided him with a false name and date of birth. ▮▮▮▮▮▮▮▮ noticed that the suspect appeared to be nervous and acting in an evasive manner. ▮▮▮▮▮▮▮▮ instructed the suspect to place his hands on ▮▮▮▮▮▮▮▮ patrol vehicle. As ▮▮▮▮▮▮▮▮ grabbed the suspect by his right arm, he pulled away and began to flee on foot down North Peters Street. ▮▮▮▮▮▮▮▮, ▮▮▮ and ▮▮▮ gave chase and gave several loud verbal commands for him to stop running. The suspect refused to comply and continued to flee. ▮▮▮▮▮▮▮▮ deployed a single set of Taser probes, which proved to be effective. The suspect fell to the ground and was taken into custody without further incident. The suspect was charged with Resisting Arrest by Flight and Resisting Arrest by Providing False Information.

**2nd Previous Incident, (Use of Force):** On January 14, 2017, ▮▮▮▮▮▮▮▮ and ▮▮▮ were patrolling on Poydras Street near Convention Center Boulevard. Troopers observed a vehicle bearing a counterfeit Motor Vehicle Inspection Sticker. Troopers conducted a traffic stop to address the violation. Troopers contacted the driver and informed him the reason for the stop. While talking to the driver, troopers learned the driver did not have liability insurance on his vehicle nor did he have a driver's license on his person. A computer query on the driver was conducted. Troopers learned that he was operating his vehicle while his driver's license was suspended. In addition, troopers discovered that the suspect had a warrant for his arrest, issued through New Orleans Criminal Court for Illegal Use of a Weapon.

After verifying the warrant, troopers made contact with the suspect at the right front door of his vehicle. Troopers informed the suspect that he was being placed under arrest for the active warrant. The suspect, seated in the right front seat, was asked to exit the vehicle. Troopers told the suspect to exit his vehicle several times. The suspect refused to comply, stating that he was not going back to jail. Troopers attempted to remove the suspect from the vehicle by grabbing his arms. The suspect pulled away and began to swing his fist at the troopers. The suspect was striking the trooper's hands and wrist, in an attempt, to keep them from grabbing his arms. After the failed attempt to remove the suspect from the vehicle, ▮▮▮▮▮▮▮▮ deployed the 1st set of Taser probes which were ineffective. The suspect became more agitated and resistant, stating that he would punch the troopers in the face. ▮▮▮▮▮▮▮▮ deployed the 2nd set of Taser probes, which were also ineffective.

After the second set of Taser probes were deployed, troopers managed to remove the suspect from the vehicle. The suspect continued to aggressively resist the troopers. During the struggle outside of the vehicle, ▮▮▮▮ ▮▮▮▮ sustained abrasions and small lacerations to his left knee and elbow. As a result of the continued resistance, ▮▮▮▮▮▮▮▮ deployed a set of Taser probes at close proximity which proved to be effective. While on the ground, the suspect was controlled and handcuffed. The suspect was charged with Resisting an Officer with Force or Violence, Battery of a Police Officer causing Injury and Warrant #M543284 (Illegal Use of a Weapon).

*COURTESY • LOYALTY • SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

Terrell016083



JOHN BEL EDWARDS
GOVERNOR

KEVIN W. REEVES, COLONEL
DEPUTY SECRETARY

## State of Louisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

October 31, 2017

TO:       Major Frank Ducote, Region 1 Command Inspector

FROM:   Captain Darrin Naquin, Commander -Troop N

RE:       EIS Review on ███████████████

Per LSP Procedural Order #216 Early Identification System, I am forwarding you this EIS threshold review report on ███████████████ because he has been involved in four EIS incidents in a 90 day period. As you know Troop N is based in an urban, high crime area, and many of our calls for service and our proactive interactions with the public involve individuals who may be impaired and/or may be violent in nature which sometimes require our troopers to pursue and use force to resolve incidents. Many of the various actions taken to resolve these incidents are classified by our department as EIS threshold events. Because of the nature of our assignment, all of our troopers are frequently thrust into responding to or initiating action on these high risk incidents. Additionally, our proactive troopers have an elevated potential of regularly being subjected to EIS threshold reviews. ███████████, being a very proactive trooper himself, bears this burden.

Lt. Dean Behrens and I have reviewed the four incidents involving ██████████ summarized below. We have found neither violations of LSP Policy nor training concerns in any of the incidents which would warrant intervention or additional training. Therefore, I recommend that no further action be taken.

Please review the incidents below and advise me if you need any additional information.

DJN

**Most Recent Incident, (Pursuit):** On August 23, 2017, at 1857 hours, ██████████████ and ██████were patrolling the area of Monroe Street near Apple Street in New Orleans when they observed a Toyota Corolla backing illegally on Monroe Street. The troopers initiated a traffic stop on the vehicle to address the violation. Upon activating their emergency overhead lights, the vehicle accelerated rapidly in an attempt to flee and a pursuit ensued. After pursuing the vehicle for some distance, it eventually came to a controlled stop, and the driver and right rear passenger fled on foot. The left rear passenger and the front right passenger remained in the vehicle and surrendered. A search was conducted for the driver but to no avail.

**1st Previous Incident, (Use of Force):** On August 9, 2017, at approximately 2245 hours, ██████████████ conducted a traffic stop on the suspect for having an expired license plate. While speaking with the suspect, he detected the strong odor of marijuana coming from the vehicle. A search of the vehicle revealed approximately

half of a pound of marijuana. Upon locating the marijuana, ████████ grabbed the suspect by his right wrist in an attempt to take him into custody. The suspect pulled away and fled the scene on foot. While running, ████████ deployed his TASER, but it was ineffective because the probes did not make contact. He deployed his TASER a second time, but again it was ineffective again because the probes did not make contact. After a brief foot chase, the suspect fell to the ground while running, and ████████ took him into custody without further incident. The suspect received minor scrapes to his knees and elbows as a result of the fall. Upon examination, only one Taser probe made contact with the suspect. It struck him in the upper portion of his right buttocks. He was transported to University Medical Center where he was treated for his injuries and released.

**2nd Previous Incident, (Pursuit):**  On July 28, 2017, at 1810 hours, ██████████ and ████████ were patrolling near Franklin Avenue and N. Claiborne Avenue. They attempted to stop a stolen Hyundai Elantra. The vehicle refused to stop and fled on St. Ferdinand Street. The vehicle failed to stop at several stop signs. It then turned onto St. Claude and continued traveling at a high rate of speed before impacting a utility pole in the median. The vehicle became disabled, and the driver fled on foot. The driver was apprehended after a brief foot pursuit. The passenger surrendered and was immediately apprehended without incident.

**3rd Previous Incident, (Pursuit and Use of Force):**  On June 8, 2017, at 2320 hours, ██████████ and ████████ were patrolling the area of N. Rampart Street near Bienville Street, when they observed a Chevrolet Trailblazer which color did not match the color listed on its registration. Troopers used their overhead emergency lights to initiate a traffic stop on this vehicle. The driver accelerated in an attempt to escape from the Troopers. The vehicle fled onto N. Claiborne Avenue, making several abrupt lane changes, and it nearly struck another vehicle in the rear. The driver attempted to turn left onto LaHarpe Street, but failed to negotiate the turn due to its high speed. The vehicle exited the roadway and stuck a concrete pylon. The driver exited the vehicle and fled from the scene on foot. Troopers attempted to Tase the suspect but were unable to do so. After a short foot pursuit, the suspect was apprehended without further incident. A search of the vehicle revealed a Smith & Wesson 9mm pistol. The subject also had an additional magazine for the pistol in his left front, pants pocket. The suspect was arrested and transported to UMCNO for medical treatment. While using the restroom at the hospital, the suspect attempted to discard a clear plastic bag containing eight (8) Oxycodone pills and one (1) clear plastic bag containing a multicolored powdered substance. The powdered substance later tested positive for MDMA. After being released from the hospital, the suspect was charged at CLU.



*JOHN BEL EDWARDS*
*GOVERNOR*

*KEVIN W. REEVES, COLONEL*
*DEPUTY SECRETARY*

### 𝔖tate of 𝔏ouisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

October 3, 2017

TO:        Major Frank Ducote, Command Inspector, Region 1

FROM:    Captain Darrin Naquin, Commander, Troop N

RE:        EIS Threshold Review on ▮▮▮▮▮▮▮▮▮▮

Per LSP Procedural Order #216 Early Identification System, I am forwarding you this EIS threshold review report on ▮▮▮▮▮▮▮▮▮▮ because he has been involved in eight EIS incidents in a one year period. As you know Troop N is based in an urban, high crime area, and many of our calls for service and our proactive interactions with the public involve individuals who may be impaired and/or may be violent in nature which sometimes require our troopers to pursue perpetrators and use force to resolve incidents.

Many of the various actions taken to resolve these incidents are classified by our department as EIS threshold events.   Because of the nature of our assignment, all of our troopers are frequently thrust into responding to or initiating action on these high risk incidents.   Additionally, our proactive troopers have an elevated potential of regularly being subjected to EIS threshold reviews. ▮▮▮▮▮▮▮▮, being a very proactive trooper himself, bears this burden.

This review would have been conducted sooner.  However, ▮▮▮▮▮▮▮ was assigned to the Operation Summer Heat Task Detail. Troopers assigned to this task force had an even higher probability of being involved in numerous EIS threshold events. Therefore, I decided to postpone any formal EIS reviews of any personnel assigned to the task force until after the assignment ended.

Lt. Dean Behrens and I have reviewed the eight incidents involving ▮▮▮▮▮▮▮ listed below. We have found no violations of LSP Policy nor training concerns in any of the incidents which would warrant intervention or additional training. Therefore, I recommend that no further action be taken.

Please review the incidents below and advise me if you need any additional information.
DCB

*COURTESY* ○ *LOYALTY* ○ *SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

Terrell016086

**Most Recent Incident, (UOF):**  On August 17, 2017, at 2250 hours, ████████ and Williams performed a traffic stop at Napoleon and St. Charles.  During the course of investigation, troopers observed multiple signs of nervousness and deception of the occupants. Troopers gained consent to search the vehicle.  ████████ came to assist with the search.

While troopers were searching the vehicle, the driver fled on foot.  ████████ gave chase and successfully deployed his Taser on the driver.  He was arrested.  The search of vehicle revealed two clear plastic bags of a crystal like substance (31.35 grams) in a battery starter tool in the back seat of the vehicle.  Troopers then located multiple clear glass pipes with burnt residue in a black duffle bag on the back seat.  Next to the pipes was a Glock 17, pistol.  The driver was transported to Touro Hospital and was booked at CLU.

**1st Previous Incident, (UOF):**  On August 11, 2017, at 2310 hours, ████████ and ████████ observed a silver, Chevrolet Impala. A computer query of said license plate revealed that it was registered to a blue, KIA Sorento. ████████ activated the lights and siren to conduct a traffic stop.  The vehicle stopped momentarily and then fled.  At some point after the driver lost control of the vehicle, and it struck a concrete wall and became disabled.

The driver and front seat passenger exited the vehicle and fled on foot ████████ deployed his Taser, which was ineffective. Irvin continued running around the front end of the vehicle, at which time ████████ deployed his Taser striking the driver in the back and causing him to fall to the ground. ████████ then apprehended him without further incident. ████████ observed the rear, right passenger climb out of the rear passenger door's window. ████████ attempted to apprehend him, at which time the subject began pulling away. ████████ took the subject to the ground and gave repeated verbal commands for the subject to place his hands behind his back. The passenger continued pulling away from ████████ and ignoring his commands. ████████ then "drive stunned" him in the back to gain compliance of the subject. He became compliant and was taken into custody without further incident.

████████ returned to the disabled Impala and saw a 9mm Glock 26 semi-automatic handgun with an extended 31 round magazine between the front driver seat and center console of the vehicle. A computer query of the firearm revealed that it was stolen. A continued search of the vehicle revealed a clear plastic bag containing the following: (1) clear plastic bag containing (3) off-white rock like substances; (1) clear plastic bag containing (1) off-white rock like substance; (1) clear plastic bag containing an off-white powder substance.

A criminal history query of the arrestee's revealed that both subjects were convicted felons and unable to possess a firearm. Both subjects were transport to University Medical Center to be treated for any injuries sustained in the crash.

**2nd Previous Incident, (UOF):**      On August 2, 2017, at 1650 hours, ████████, ████████, and ████ were requested by Detective Monty Montelongo to assist him with apprehending of a known wanted subject. The subject was identified as ████████. While patrolling in the last known area where the subject was last observed, Trooper Saunders saw the subject sitting on a bench in the 700 block of Press Street. Units arrived in the area and attempted



to stop the subject. Upon observing the approaching troopers, ▓▓▓ fled on foot and jumped a fence.

While on the perimeter, ▓▓▓▓▓▓▓▓ observed the subject running towards him. ▓▓▓▓▓ ▓▓▓▓▓ deployed his Taser, striking ▓▓▓▓ in the chest with a single probe. ▓▓▓▓ continued running on Royal Street. ▓▓▓▓▓▓▓▓ pursued ▓▓▓▓ on foot and deployed his Taser a second time, striking ▓▓▓▓ in his right leg with a single probe. ▓▓▓▓ then stopped running, placed his hand up and surrendered. ▓▓▓▓ was taken into custody without further incident. ▓▓▓▓ was transported to 701 Loyola Avenue by ▓▓▓▓▓▓▓▓▓▓ and released to the custody of LSP detectives.

**3rd Previous Incident, (Pursuit, UOF):** On July 29, 2017, at 2100 hours, ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ attempted to conduct a traffic stop on a red, Nissan Rogue, on Dwyer Road at Wilson Avenue. ▓▓▓▓▓▓▓▓ activated the overhead lights and siren, to conduct a traffic stop on the vehicle. The suspect vehicle began accelerating rapidly and drove recklessly. At some point, the driver saw other state police units ahead of him and made an abrupt right turn, off the roadway traveling towards the Benson Canal. The driver exited the vehicle as it rolled forward into the canal. He fled on foot. ▓▓▓▓▓▓▓▓ and ▓▓▓▓ chased the suspect along the canal and jumped a fence into an apartment complex. ▓▓▓▓▓▓▓▓ observed the suspect as he attempt to hide between two vehicles. As ▓▓▓▓▓▓▓ approached him, he attempted to flee again. ▓▓▓▓▓▓▓▓▓ deployed his Taser, striking the subject in the back, causing him to fall to the ground. The suspect was taken into custody without further incident.

During a search of the suspect, a loaded Glock 22, 40 caliber, semi-automatic handgun was located in his front waistband. A computer query of the firearm revealed that it was reported stolen by N.O.P.D. A computer query of the vehicle's VIN revealed that it was reported stolen by N.O.P.D. A computer query of the suspect revealed that he was a convicted felon. He also had active warrants issued for his arrest through Jefferson Parish Sheriff's Office for Unauthorized Use of a Movable and through Orleans Parish for Simple Burglary of a Vehicle. He was booked at CLU.

**4th Previous Incident, (UOF):** June 18, 2017, at 1525 hours, ▓▓▓▓▓▓▓▓▓ conducted a traffic stop on a black, Toyota Camry for having dark tinted windows and a counterfeit LA temporary tag. During the stop, ▓▓▓▓▓▓▓▓ detected an odor of marijuana emanating from the vehicle. ▓▓▓▓▓▓▓ arrived on the scene to assist with the stop.

While attempting to detain the subjects to conduct a probable cause search of the vehicle, the passenger fled on foot. ▓▓▓▓▓▓▓ gave chase and apprehended the subject on Marias Street at Bienville Street. A search of the subject incidental to arrest revealed a large clear plastic bag containing 10 smaller clear plastic bags of green vegetable matter and a partially smoked brown, hand rolled cigarette containing green vegetable matter.

Troopers relocated to the scene of the traffic stop and conducted a search of the vehicle. The search revealed a loaded, black, 40 caliber, Glock 23 pistol with an extended magazine between the front driver's seat and center console, a loaded black and tan, Glock 26 pistol with an extended magazine between the front passenger's seat and center console. Troopers also located a clear glass mason jar containing small, loose pieces of green vegetable matter, a box of clear plastic bags and a white digital scale commonly used in the sale of drugs, and a prescription pill

bottle with the label torn off containing 3 white pills later identified as Tramadol.

While attempting to place the driver in handcuffs, the subject forcefully pulled away and refused to bring his arms behind his back. Troopers were forced to take the driver to the ground in an attempt to gain control of him. Once on the ground, he continued ignoring verbal commands and struggling with troopers.

A search incidental to arrest of ████████ revealed $731 in small multiple denominations of US currency. The money was collected as evidence in the sale of narcotics. An NCIC query on the black and tan Glock 26 revealed that the firearm was logged as stolen by Kenner Police Department.  A criminal history query on the passenger revealed that he was previously convicted multiple times for possession of a CDS and, therefore, it was unlawful for him to possess a firearm. Both subjects were booked at CLU. ████████████ sustained minor injury during the arrest.  He was treated at NO UMC and released.

**5th Previous Incident, (Pursuit):**  On June 7, 2017 at 1535 hours, ████████████ observed a green, Pontiac Grand Prix disregard the red signal light on North Rampart Street at its intersection of Saint Peter Street. ████████████ attempted to conduct a traffic stop on the vehicle, at which time the driver made a right turn against traffic on Toulouse Street and began accelerating rapidly. A brief pursuit ensued until the driver brought the vehicle to a stop at the intersection of Saint Ann Street and North Robertson Street. The driver was apprehended without incident. He was transported to CLU and booked with Flight from an Officer.

**6th Previous Incident, (UOF):**  On May, 31, 2017, at 0045 hours, while on proactive patrol on Saint Louis Street at Burgundy Street, ████████████ and ████████ observed a male subject pointing a semi-automatic pistol with an extended magazine at multiple pedestrians on the corner. Upon seeing the troopers, the subject attempted to flee on foot. The troopers gave chase and pursued the subject to a parking lot in the 400 block of North Rampart Street. While running across said parking lot, ████████████ deployed his Taser, striking the subject causing him to fall to the ground. As the subject fell to the ground, he released the pistol, and it slid across the parking lot. The troopers apprehended the subject and collected the firearm.

A criminal history search on the subject revealed that he was a convicted felon, and it was unlawful for him to possess a firearm.  The troopers were approached by a female subject who stated that suspect also pointed a gun at her and stated, "Where's it at? Bitch give it up!" The victim positively identified the arrestee as the subject who pointed a gun at her.

The suspect was transported to CLU and charged with Felon in Possession of a Firearm, Resisting Arrest, and Aggravated Assault with a Firearm.

**7th Previous Incident, (Pursuit):**  On May, 8, 2017, at 0205 hours, ████████████ and ████████ attempted to perform a traffic stop on vehicle at Saint Bernard Avenue at Marais Street. The vehicle initially pulled to the shoulder, but quickly accelerated and fled. Troopers pursued the vehicle on city streets and I-10 eastbound where speeds exceeded 120 MPH.  The vehicle exited at Almonaster Boulevard, struck the guard rail and became disabled in the roadway.  The suspect exited the vehicle and fled on foot. ████████████ chased the suspect on foot, but lost sight of him in an overgrown field. ████████████ detained the passenger, who stated the driver ran because he had warrants.

*COURTESY ● LOYALTY ● SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

Terrell016089

Troopers located a Louisiana identification card in the vehicle.  Upon seeing the ID, the passenger positively identified the driver of the vehicle.  A computer query of the vehicle's VIN revealed the driver was the registered owner.  After processing the crash scene, a warrant was obtained for the driver's arrest.



**JOHN BEL EDWARDS**
**GOVERNOR**

**KEVIN W. REEVES, COLONEL**
**DEPUTY SECRETARY**

State of Louisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

October 3, 2017

TO:      Major Frank Ducote, Command Inspector, Region 1

FROM:   Captain Darrin Naquin, Commander, Troop N

RE:      EIS Threshold Review on ███████████████

Per LSP Procedural Order #216 Early Identification System, I am forwarding you this EIS threshold review report on ███████████████ because he has been involved in nine EIS incidents in a one year period. As you know Troop N is based in an urban, high crime area, and many of our calls for service and our proactive interactions with the public involve individuals who may be impaired and/or may be violent in nature which sometimes require our troopers to pursue perpetrators and use force to resolve incidents.

Many of the actions taken to resolve these incidents are classified by our department as EIS threshold events.  Because of the nature of our assignment, all of our troopers are frequently thrust into responding to or initiating action on these high risk incidents.  Additionally, our proactive troopers have an elevated potential of regularly being subjected to EIS threshold reviews.  ███████████, being a very proactive trooper himself, bears this burden.

This review would have been conducted sooner.  However, ███████████ was assigned to the Operation Summer Heat Task Detail.  Troopers assigned to this task force had an even higher probability of being involved in numerous EIS threshold events.  Therefore, I decided to postpone any formal EIS reviews of any personnel assigned to the task force until after the assignment ended.

Lt. Dean Behrens and I have reviewed the nine incidents involving ███████████ listed below. We have found no violations of LSP Policy nor training concerns in any of the incidents which would warrant intervention or additional training.  Therefore, I recommend that no further action be taken.

Please review the incidents below and advise me if you need any additional information.

*COURTESY ● LOYALTY ● SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

DPSSP 4117

Terrell016091

**Most Recent Incident, (Pursuit):**  On August 26, 2017, at 2149 hours, ███████████ and ███████████ were on active patrol near the intersection of North Claiborne Avenue and Kelerec Street, when they observed a gray Hyundai. Troopers attempted to conduct a traffic stop on the vehicle. The driver fled and a pursuit ensued.  When the vehicle finally stopped the occupants fled from the vehicle on foot. Three occupants of the vehicle were apprehended. One of which was Tased by ███████████. Two other occupants escaped. The occupants were found to be in possession of Heroin, Marijuana, two pistols and a pistol gripped high powered rifle. The subjects were booked accordingly.

**2ⁿᵈ Previous Incident, (Pursuit):**  On August 25, 2017, at 1830 hours, ███████████ attempted to stop a vehicle for a traffic violation.  The vehicle fled. ███████████ pursued the vehicle.  The driver was driving extremely erratic.  Due to perpetrator's hazardous driving, ███████ ███████ terminated the pursuit.

**3ʳᵈ Previous Incident, (UOF):**  On August 10, 2017, at 2050 hours, ███████████ and ███████ conducted a traffic stop in the 3600 block of Louisiana Parkway.  The driver fled on foot and ███████ gave chase, while giving load verbal commands to stop. ███████████ deployed his Taser which was effective; however, the perpetrator refused to comply. ███████████ arced the Taser a second time, and the subject was apprehended.  The arrestee was transported to UMC for medical clearance and then transported to CLU for booking.

**4ᵗʰ Previous Incident, (Pursuit):**  July 3, 2017 at 1135 hours, ███████████ observed a motorcycle traveling east on North Rampart Avenue at Esplanade Avenue with no license plate. ███████ attempted to conduct a traffic stop. The operator pulled over to the right shoulder of North Rampart Avenue near the intersection of Saint Bernard Avenue. ███████ advised ███████ to turn off the motorcycle. ███████ refused and fled on the motorcycle. They gave chase.  The driver was later apprehended near the intersection of Morrison Road at Townsend Place without incident. He was a convicted felon and was in possession of a loaded Glock pistol. The driver was booked at CLU.

**5ᵗʰ Previous Incident, (Counseling Session):**  On June 2, 2017, the ███████████ was issued a "Letter of Counseling".  The letter was issued for haphazardly writing a criminal arrest report stemming from a felony arrest he made and for providing flawed testimony in court as a result of the poorly written report.

**6ᵗʰ Previous Incident, (UOF):**  On February 10, 2017 at 0813 hours, ███████████ observed a vehicle traveling on Basin Street. The vehicle had a dark tinted windshield. ███████████ pulled up, next this vehicle as the driver was exiting. ███████████ asked the driver to come over and speak with him.  As the suspect was walking towards him ███████████ observed, what appeared to be marijuana gleanings on the front of the suspect's pants. ███████████ asked the suspect to turn around and place his hands behind his back. As ███████████ informed the suspect that he was under arrest, the suspect fled on foot. ███████████ deployed his Taser striking the suspect in the lower back and was able to take the suspect into custody without further incident.  The suspect was in possession of a black semi-automatic handgun which was in his waistband. The subject was also in possession of Marijuana and $3710.00 in cash.  The subject was booked at CLU.

*COURTESY ● LOYALTY ● SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

DPSSP 4117

Terrell016092

**7th Previous Incident, (Preventable Fleet Crash):** On, January 9, 2017, at 0612 hours, troopers from Troop N responded to a call for assistance by New Orleans Police Department. A suspect vehicle was westbound on Canal Street and was refusing to stop for a marked N.O.P.D. unit, utilizing emergency lights and siren. The suspect vehicle disregarded a couple of red traffic control signals on Canal Street, from Royal Street to Dauphine Street. As troopers were responding, ███████████ inadvertently struck ███████████ unit. After investigating the crash, it was determined that ███████████ violated LRS 32:24, and the crash was "preventable".

**8th Previous Incident, (Pursuit):** On November 2, 2016, at 1630 hours, ███████████ observed a Gray Acura TL traveling west on Basin Street. ███████████ attempted to stop it. The vehicle fled and reached speeds of over 100 mph in a 60 mph zone, traveling on the right shoulder of the interstate. ███████████ briefly lost sight of ███████████ vehicle on I-10; however, ███████████ continued to travel on I-10. ███████████ learned that the vehicle crashed into two other vehicles near I-10 East and the Louisa Boulevard exit. ███████████ then observed vehicle. The driver of the vehicle exit the vehicle and discard a black handgun down below the overpass in a grassy area. ███████████ placed the subject under arrest and Mirandized him. An H&K 9mm handgun was recovered from the grassy area below the overpass. The driver was booked at CLU.

**9th Previous Incident, (Pursuit):** On Friday, September 30, 2016, at approximately 0015 hrs. ███████████ and ███████ were told by an N.O.P.D officer about a possible stolen vehicle which was refusing to stop. The troopers observed the vehicle fleeing west on Chef Menteur Highway at a high rate of speed. The violators reckless driving nearly caused the vehicle to overturn. ███████████ and ███████ entered the pursuit. The vehicle stopped at the driver's residence. He was taken into custody without further incident. NOPD booked the driver.

*COURTESY* • *LOYALTY* • *SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

DPSSP 4117

Terrell016093