```
===================================================================
DF# DEFENDANT(S):          CNTS CHARGE(S):
===================================================================

 1  TERRELL, ZACHARY

                   1  RS 40 966(A)(2)      C23PD   BOND:        .00
                      PWIT DISTRIBUTE ECSTASY {MDMA}

===================================================================
  DATE    PROCEEDINGS
===================================================================
```

**1/14/2016**  
EDWARDSA  
FILED BILL OF INFORMATION  
CAPIAS ISSUED (NONE)  
BOND SET (NONE)  
MAGISTRATE PAPERWORK FILED (M-554629,DOB:11/29/1988,F#2427073)  
*************************************************************  
*************************************************************  
ALLOTTED,ARRAIGNMENT SET FOR 1/21/2016.PDOJL

**1/21/2016**  
SCOTTD  
PER D. A. SET SHEET COURT NOT IN SESSION ON THIS DATE, PRE-TRIAL  
CONFERENCE FOR 2/1/16.

**2/01/2016**  
GEORGEM  
>DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR  
PRE-TRIAL CONFERENCE. >DEFENDANT IN CUSTODY AND NOT BROUGHT  
INTO COURT. >ARRAIGNMENT SET FOR 02/02/16 >PDOJL

**2/02/2016**  
GEORGEM  
>THE DEFENDANT, ZACHARY TERRELL APPEARED FOR ARRAIGNMENT  
>COURT APPOINTED LAURA REEDS , OPD. >MARIAH HOLDER STOOD IN FOR  
ARRAIGNMENT ONLY. >READING OF BILL OF INFORMATION WAIVED.  
>DEFENDANT ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF  
RIGHT TO TRIAL BY JUDGE OR JURY. >DISCOVERY HEARING SET FOR  
03/07/16 SEND NOTICE TO DEFENSE COUNSEL LAURA REEDS. THE  
DEFENDANT WAS NOTIFIED IN COURT. >HEARING ON MOTIONS SET FOR  
03/29/16 >SEND NOTICES. >SEND NOTICE TO DEFENSE COUNSEL LAURA  
REEDS. >DNOC.

**2/03/2016**  
TROSCLAIR  
CLERK'S OFFICE RECEIVED OMNIBUS MOTION FOR DISCOVERY; MOTION  
TO PRESERVE EVIDENCE; MOTION FOR SUPPRESSION OF STATEMENTS  
EVIDENCE AND IDENTIFICATIONS; AND MOTION FOR A PRELIMINARY  
EXAMINATION.(Z.TERRELL)

**3/07/2016**  
GEORGEM  
>DEFENDANT ZACHARY TERRELL DID NOT APPEAR FOR DISCOVERY HEARING  
*** CDC SECTION "E" JUDGE, KEVA LANDRUM-JOHNSON SAT AD HOC. >ON  
ORAL MOTION BY THE STATE, THE COURT GRANTED A CONTINUANCE. -THE  
MINUTE CLERK WILL VACATE THE MOTIONS HEARING AND CONVERT THE  
SETTING TO A DISCOVERY HEARING. >DISCOVERY HEARING SET FOR  
03/29/16 SEND NOTICE TO DEFENDANT AT : 2233 MAZANT ST, NOLA  
70117. SEND NOTICE TO DEFENSE COUNSEL LAURA REED. >HEARING ON  
MOTIONS SET FOR 04/27/16 >SEND NOTICES. >SEND NOTICE TO  
DEFENDANT AT THE ADDRESS LISTED ABOVE. >SEND NOTICE TO DEFENSE  
COUNSEL LAURA REEDS.

**3/29/2016**  
GEORGEM  
>DEFENSE COUNSEL LAURA REEDS APPEARED WITHOUT DEFENDANT, ZACHARY  
TERRELL FOR DISCOVERY HEARING THE DEFENDANT HAS BEEN  
TRANSFERRED TO FRANKLIN PARISH. >PRESENCE OF DEFENDANT WAIVED.  
>STATE FILED: >-NOTICE OF INTENT TO OFFER CRIMINALIST'S REPORT  
INTO EVIDENCE. CRIMINALIST REPORT AS PRIMA FACIE PROOF: RS  
199-501 NOTICE. -MOTIONS WERE PREVIOUSLY SET FOR 4/27/16.  
>HEARING ON MOTIONS SET FOR 04/27/16 >SEND NOTICES. >NOTIFY  
DEF.COUNSEL. STATE TO WRIT IN DEFENDANT.  
*STATE FILED> MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM  
AND 15:499-501 NOTICE.

**4/27/2016**  
GEORGEM  
>THE DEFENDANT, ZACHARY TERRELL, APPEARED WITH COUNSEL, WILLIAM  
SNOWDEN, OK HEARING ON MOTIONS. -COUNSEL SNOWDEN APPEARED ON  
BEHALF OF COUNSEL OF RECORD, LAURA REEDS. >CONTINUED ON DEFENSE

CONTINUED

Clerk's Office  12-14-2018  
Original Copy  
by _____ Deputy Clerk  
Hon. Arthur A. Morrell  
Clerk of Criminal District Court  
Orleans Parish

Defendants0322

```
     CASE:   527-852        D O C K E T   M A S T E R        DATE: 12/14/2018
  SECTION: J                                                 TIME:    8:55:41
    CLASS: 2                                                 PAGE:          2
                     ORLEANS PARISH CRIMINAL DISTRICT COURT
```

```
==================================================================================
  DATE     PROCEEDINGS
==================================================================================
```

4/27/2016
    MOTION. >HEARING ON MOTIONS SET FOR 05/17/16 >SEND NOTICES.
                                   GEORGEM
    >SEND NOTICE TO DEFENSE COUNSEL LAURA REEDS. STATE TO WRIT IN
    DEFENDANT (FRANKLIN PARISH).
    *STATE FILED> MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM.

5/17/2016
                                     GEORGEM
    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HEARING ON MOTIONS
    WITH COUNSEL, LAURA REEDS. >DEFENDANT PLED GUILTY. >FOR COUNT 1
    RS 40 966(A)(2) C23PD PLED GUILTY AS CHARGED. >ZACHARY TERRELL
    DEFENDANT WAIVED DELAYS. >SENTENCE: >AS TO COUNT 1, >5 YEARS,
    AT DOC AT HARD LABOR. >CONCURRENT WITH THESE COUNTS: ANY AND
    ALL >CONCURRENT WITH THESE CASES: ANY AND ALL >THE DEFENDANT IS
    GIVEN CREDIT FOR TIME SERVED: ANY AND ALL, FROM THE DATE OF
    ARREST. >**THE STATE DID NOT FILE A MULTIPLE BILL. >SPECIAL
    CONDITIONS: **THE COURT WILL RECOMMEND THE DEFENDANT'S
    PARTICIPATION IN ANY AND ALL DOC IN WHICH HE IS ELIGIBLE. >CASE
    CLOSED, THIS DEFENDANT.

```
==================================================================================
                             END OF DOCKET MASTER
==================================================================================
```

Clerk's Office 12 - 14  20 8
          *Original Copy*

by _____ *Deputy Clerk*
    **Hon. Arthur A. Morrell**
  **Clerk of Criminal District Court**
      **Orleans Parish**

Defendants0323

CASE: 518-214
SECTION: F
CLASS: 2

518-214          D O C K E T   M A S T E R

DATE: 12/14/2018
TIME:    8:54:36
PAGE:          1

ORLEANS PARISH CRIMINAL DISTRICT COURT

```
=================================================================================
 DF# DEFENDANT(S):        CNTS CHARGE(S):
=================================================================================
```

```
  1   TERRELL, ZACHARY
                      1   RS 40 966        A05P   BOND:           500.00
                          POSS MARIJUANA
                      1   RS 14 95.1              BOND:        20,000.00
                          POSS OF A FIREARM OR WEAPON BY FELON
                      1   RS 14 79                BOND:
                          VIOLATION OF PROTECTIVE ORDERS                 .00
```

```
=================================================================================
  DATE      PROCEEDINGS
=================================================================================
```

11/14/2013
FILED BILL OF INFORMATION                                    CAMOUCHEC
CAPIAS ISSUED
BOND SET (NONE)
MAGISTRATE PAPERWORK FILED (M-541182 DOB: 11/29/88 F#2369580)
**********************************************************************
**ALLOTTED. ARRAIGNMENT SET FOR 11/21/2013. PDOJL.

11/21/2013
>THE DEFENDANT, ZACHARY TERRELL APPEARED FOR ARRAIGNMENT     DEDEA
>COURT APPOINTED ZACH CARPENTER - OPD. >DEFENDANT TO PAY $40.00
TO OPD. >READING OF BILL OF INFORMATION WAIVED. >DEFENDANT
ENTERED PLEA OF NOT GUILTY. >DEFENDANT INFORMED OF RIGHT TO
TRIAL BY JUDGE OR JURY. THE COURT SET BOND AS FOLLOWS: 14:79 AT
$10,000; 14:95.1 AT $10,000 AND 40:966 AT $500.00 FOR A TOTAL
BOND OF $40,500 BAIL #19032. >DISCOVERY HEARING SET FOR
11/25/13 IN SECTION F . >HEARING ON MOTIONS SET FOR 12/16/13 IN
SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL

11/25/2013
>THE DEFENDANT, ZACHARY TERRELL APPEARED FOR DISCOVERY HEARING  COWARTM
WITH COUNSEL, ZACH CARPENTER. >THE STATE TENDERED THE INCIDENT
REPORT AND SUPPLEMENTAL POLICE REPORT TO THE DEFENSE. HEARING
ON MOTION WAS PREVIOUSLY SET FOR 12/16/13.

12/09/2013
CLERK'S OFFICE RECEIVED APPLICATION FOR SUBPOENA DUCES       TROSCLAIR
TECUM.

12/10/2013
>DEFENSE COUNSEL ZACH CARPENTER APPEARED WITHOUT DEFENDANT,  COWARTM
ZACHARY TERRELL FOR UNSCHEDULED JUDICIAL ACTIVITY.
>CONTRADICTORY HEARING SET FOR 12/16/13 IN SECTION F . >NOTIFY
DEF.COUNSEL. >PDOJL

12/13/2013
>DEFENSE COUNSEL ZACH CARPENTER APPEARED WITHOUT DEFENDANT,  COWARTM
ZACHARY TERRELL FOR UNSCHEDULED JUDICIAL ACTIVITY. >HEARING ON
MOTIONS SET FOR 12/17/13 IN SECTION F . >CONTRADICTORY HEARING
SET FOR 12/17/13 IN SECTION F . >NOTIFY DEF.COUNSEL. >PDOJL
***** CLERK PLEASE VACATE HOM & CONTH DATE OF 12/16/13 *****

12/17/2013
>THE DEFENDANT, ZACHARY TERRELL APPEARED FOR CONTRADICTORY    DEDEA
HEARING WITH COUNSEL, ZACH CARPENTER. THE COURT DENIED THE STD
FOR THE ENTIRE FILE FROM PROBATION AND PAROLE. THE COURT WILL
CONSIDER THE STD FOR ITEMS ON A CASE BY CASE > THE DEFENSE
COUNSEL CAN REFINE HIS REQUEST.
>THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HEARING ON MOTIONS
WITH COUNSEL, ZACH CARPENTER. >THESE MOTIONS DID LIE: >SUPPRESS
EVIDENCE >SUPPRESS STATEMENT >SUPPRESS IDENTIFICATION
>PRELIMINARY HEARING >STATE CALLED REGINALD KOELLER >STATE
EVIDENCE >S-001 >DENIED MOTION TO SUPPRESS EVIDENCE. >THE
MOTION TO SUPPRESS STATEMENT IS MOOT. >THE MOTION TO SUPPRESS
IDENTIFICATION IS MOOT. >COURT FOUND PROBABLE CAUSE. >TRIAL SET
FOR 02/10/14 IN SECTION F . >SEND NOTICES. >NOTIFY DEF.COUNSEL.
>PDOJL

 2/04/2014
CLERK'S OFFICE RECEIVED DEFENSE APPLICATION FOR SUBPOENA DUCES  TROSCLAIR

                             CONTINUED

Clerk's Office _12-14_20_18_
Original Copy
by _____ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court
Orleans Parish

Defendants0325

```
      CASE:   518-214        D O C K E T   M A S T E R        DATE: 12/14/2018
   SECTION:  F                                                TIME:   8:54:36
     CLASS:  2                                                PAGE:         2
                         ORLEANS PARISH CRIMINAL DISTRICT COURT
```

```
==========================================================================
  DATE    PROCEEDINGS
==========================================================================
```

2/04/2014
    TECUM.(AS TO Z.TERRELL)                          TROSCLAIR
    >DEFENSE COUNSEL ZACH CARPENTER APPEARED WITHOUT DEFENDANT,
    ZACHARY TERRELL FOR UNSCHEDULED JUDICIAL ACTIVITY. >PRE-TRIAL
    CONFERENCE SET FOR 02/06/14 IN SECTION F . >NOTIFY DEF.COUNSEL.
    >PDOJL

2/06/2014
    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR PRE-TRIAL         COWARTM
    CONFERENCE WITH COUNSEL, ZACH CARPENTER. >DEFENDANT PLED GUILTY
    >FOR COUNT 1 RS 14 95.1 PLED GUILTY AS CHARGED. >FOR COUNT 2 RS
    14 79 PLED GUILTY AS CHARGED. >FOR COUNT 3 RS 40 966 A05P PLED
    GUILTY AS CHARGED. >ZACHARY TERRELL DEFENDANT WAIVED DELAYS.
    >SENTENCE: >AS TO COUNT 1, PURSUANT TO ART. 890.1, >7 YEARS, AT
    DOC AT HARD LABOR. >CREDIT FOR TIME SERVED. >THE FOLLOWING
    FINES, COSTS, OR FEES ARE ASSESSED: >$276.50 FOR FELONY COURT
    COSTS; >$1,000.00 FINE/CRIMINAL COURT FUND(CCF)R.S.895.1(B)(2);
    >AS TO COUNT   2, >6 MONTHS, AT OPP. >CREDIT FOR TIME SERVED.
    >AS TO COUNT   3, >6 MONTHS, AT OPP. >CREDIT FOR TIME SERVED.
    COUNTS 1, 2 AND 3 ARE TO RUN CONCURRENT WITH EACH OTHER AND ANY
    OTHER SENTENCE THE DEFENDANT IS SERVING. >STATE AGREED NOT TO
    FILE MULTIPLE BILL. THIS PLEA AND SENTENCE IS PURSUANT TO A
    PLEA AGREEMENT ENTERED INTO WITH THE STATE OF LOUISIANA. THE
    COURT RECOMMENDED THE DEFENDANT FOR ANY SELF-HELP PROGRAMS THAT
    THE DEFENDANT QUALIFIES FOR. >CASE CLOSED, THIS DEFENDANT.

1/12/2016
    FILED AREST ON CAPIAS NOTIFCATION, DATE OF ARREST:01/10/16    HEISERD
    FILED ARREST SET FOR 01/13/16. PDOJL

1/13/2016
    >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR FILED  COWARTM
    ARST ON CAP NOTIFICATION. THIS MATTER WAS SET IN ERROR. >CASE
    CLOSED, THIS DEFENDANT.

```
==========================================================================
                         END OF DOCKET MASTER
==========================================================================
```

Clerk's Office 12-14 2018
Original Copy
by _____ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court
Orleans Parish

Defendants0326

```
        CASE:  507-765      D O C K E T   M A S T E R      DATE: 12/14/2018
    SECTION: D/F                                            TIME:   8:54:30
      CLASS: 4                                              PAGE:         1
                        ORLEANS PARISH CRIMINAL DISTRICT COURT
```

```
=================================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
=================================================================================
```

    1   TERRELL, ZACHARY

                          1   RS 14 35.3                    BOND:      7,500.00
                              DOMESTIC ABUSE BATTERY
                          1   RS 40 966          A05P       BOND:        500.00
                              POSS MARIJUANA
                          1   RS 14 35                      BOND:           .00
                              SIMPLE BATTERY

```
=================================================================================
    DATE     PROCEEDINGS
=================================================================================
```

7/28/2011    FILED BILL OF INFORMATION                              DIXONLA
             CAPIAS ISSUED
             BOND SET $8,000.00
             MAGISTRATE PAPERWORK FILED (M-525561 DOB:11/29/88 F#2295742)
             *********************************************************************
             *********************************************************************
             ****ALLOTTED. ARRAIGNMENT SET FOR, 8/16/11
             FILED SURETY BOND,$7,500    DATE OF BOND:7/1/11
             FILED SURETY BOND,$500      DATE OF BOND:7/1/11
                                         SURETY:AMERICAN CONTRACTORS IND.CO.

8/16/2011    >DEFENDANT, ZACHARY TERRELL DID NOT APPEAR. >TRANSFERRED TO   MARULLOF
             SECTION "F" TO FOLLOW CASE(S) 506-956

8/23/2011    FILE TRANSF'D TO #506-956 SEC F                        CUSHENBER

8/24/2011    CASE RECEIVED THIS DATE IN SECTION 'F' ARRAIGNMENT SET  JILESK
             FOR 8/25/11. PDOJL

8/25/2011    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR ARRAIGNMENT.  DESALVOE
             >EMILIA BESKIND STOOD IN FOR ARRAIGNMENT ONLY. >READING OF BILL
             OF INFORMATION WAIVED. >DEFENDANT ENTERED PLEA OF NOT GUILTY.
             >HRG TO DETERMINE COUNSEL SET FOR 08/29/11 >PDOJL

8/29/2011    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HRG TO DETERMINE  DESALVOE
             COUNSEL WITH COUNSEL, CARLOTTA LEPPINWELL >COURT APPOINTED
             CARLOTTA LEPPINWELL , OIDP. THE DEFENSE REQUESTED A BOND
             HEARING. >BOND HEARING SET FOR 09/06/11 >PDOJL

9/06/2011    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR BOND HEARING WITH  DESALVOE
             COUNSEL, CARLOTTA LEPPINWELL THE COURT DENIED THE DEFENSE
             MOTION TO REDUCE BOND. THE COURT ALLOWED THE DEFENDANT'S
             ORIGINAL BOND AMOUNT TO APPLY TOWARDS THE INCREASED BOND. >HRG
             TO DETERMINE COUNSEL SET FOR 09/20/11 >PDOJL

9/07/2011    CLERK'S OFFICE RECEIVED DEFENSE OMNIBUS MOTION FOR DISCOVERY;  TROSCLAIR
             MOTION FOR A BILL OF PARTICULARS;AND MOTION FOR SUPPRESSION OF
             STATEMENTS, EVIDENCE AND IDENTIFICATIONS.(AS TO Z.TERRELL)

9/20/2011    >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR HRG TO  DESALVOE
             DETERMINE COUNSEL. >DEFENDANT REMANDED TO CRIMINAL SHERIFF. >HRG
             TO DETERMINE COUNSEL SET FOR 10/04/11

10/04/2011   CLERK'S OFFICE RECEIVED DEFENSE MOTION FOR MANDATORY   TROSCLAIR
             EVIDENTIARY INDIGENCY HEARING PURSUANT TO LA. REV. STAT. 15:175
             (A)(2).(AS TO Z.TERRELL)
             >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR HRG TO
             DETERMINE COUNSEL THE DEFENDANT DID NOT HIRE PRIVATE COUNSEL.
             THE COURT ORDERED THE DEFENDANT TO HIRE PRIVATE COUNSEL BY

                                    CONTINUED

Clerk's Office   12-14  20 18
                 Original Copy
by                              Deputy Clerk
            Hon. Arthur A. Morrell
          Clerk of Criminal District Court
                 Orleans Parish              Defendants0327

```
===========================================================================
  DATE    PROCEEDINGS
===========================================================================

10/04/2011
         10/11/11. >HRG TO DETERMINE COUNSEL SET FOR 10/11/11    DESALVOE
         >DNOC.

10/11/2011
         >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HRG TO DETERMINE    DESALVOE
         COUNSEL WITH COUNSEL, CARLOTTA LEPPINWELL >COURT APPOINTED
         CARLOTTA LEPPINWELL , OIDP. >PRE-TRIAL CONFERENCE SET FOR
         10/14/11 >PDOJL

10/14/2011
         >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR PRE-TRIAL    DESALVOE
         CONFERENCE WITH COUNSEL, CARLOTTA LEPPINWELL >HEARING ON
         MOTIONS & TRIAL SET FOR 12/01/11 >PDOJL

12/01/2011
         >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HEARING ON MOTIONS    DESALVOE
         & TRIAL WITH COUNSEL, CARLOTTA LEPPINWELL >COUNT 1 AMENDED TO
         RS 14 35 SIMPLE BATTERY >DEFENDANT PLED GUILTY >FOR COUNT 1 RS
         14 35 SIMPLE BATTERY PLED GUILTY PURSUANT TO ARTICLE 894. >FOR
         COUNT 2 RS 40 966 A05P POSS MARIJUANA PLED GUILTY PURSUANT TO
         ARTICLE 894. >ZACHARY TERRELL DEFENDANT WAIVED DELAYS.
         >SENTENCE: >AS TO COUNTS 1, 2, >6 MONTHS, AT OPP. ALL BUT 50
         DAYS ARE SUSPENDED. >6 MONTHS, INACTIVE PROBATION. >CONCURRENT
         WITH THESE CASES: ANY AND ALL OTHER SENTENCES INCLUDING
         506-956F >FINES AND FEES: >$149.00 COURT COST; >CASE CLOSED,
         THIS DEFENDANT.

===========================================================================
                            END OF DOCKET MASTER
===========================================================================
```

Clerk's Office _12-14-20 18_

Original Copy

by _____ Deputy Clerk

Hon. Arthur A. Morrell
Clerk of Criminal District Court
Orleans Parish

```
     CASE:  506-956         D O C K E T   M A S T E R         DATE: 12/14/2018
SECTION: F                                                    TIME:    8:54:25
  CLASS: 3                                                    PAGE:          1
                        ORLEANS PARISH CRIMINAL DISTRICT COURT
```

==========================================================================
DF# DEFENDANT(S):         CNTS CHARGE(S):
==========================================================================

 1   TERRELL, ZACHARY
                          1   RS 14 34              BOND:       20,000.00
                              AGG BATTERY
                          1   RS 14 34.1            BOND:            .00
                              2ND DEGREE BATTERY

==========================================================================
   DATE     PROCEEDINGS
==========================================================================

6/23/2011     FILED BILL OF INFORMATION                          HEISERD
              CAPAIS ISSUED
              BOND SET $20,000.00
              MAGISTRATE PAPERWORK FILED (M#523853 DOB:11/29/88 F#2290167)
              ***************************************************************
              ***************************************************************
              ALLOTTED, ARRAIGNMENT SET FOR 07/19/11.
              FILED SURETY BOND $20,000.00 DATE OF BOND:05/03/11
                                  SURETY:FINANCIAL CAS. & SURETY INC.

7/19/2011     >THE DEFENDANT, ZACHARY TERRELL FAILED TO APPEAR FOR ARRAIGNMENT
              >STATE INTRODUCED AS EVIDENCE S-1(BOND), S-2(SUBPOENA-DEFENDANT,
              S-3(SUBPOENA-SURETY) AND ASKED COURT TO FORFEIT THE BOND. COURT
              GRANTED THE BOND FORFEITURE. >ALIAS CAPIAS WITH NO BOND.
              >CONTINUED WITHOUT DATE.                           DESALVOE

8/08/2011     CLERKS OFFICE FILED AFFIDAVIT OF BOND FORFEITURE NOTIFICATION
              WITH CERTIFIED RECEIPT NUMBERS:  7011 1150 0000 0149 0653
                                                                      0660
                                                                      0677
                                                                 JILESK

8/15/2011     >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR ARRAIGNMENT.
              >ARIEL HARMON STOOD IN FOR ARRAIGNMENT ONLY. >READING OF BILL
              OF INFORMATION WAIVED. >DEFENDANT ENTERED PLEA OF NOT GUILTY.
              >DEFENDANT REMANDED TO CRIMINAL SHERIFF. THE COURT INCREASED
              THE BOND TO $30,000.00. >HRG TO DETERMINE COUNSEL SET FOR
              08/29/11 >DNOC. >PDOJL                             DESALVOE

8/19/2011     FILED ARREST ON CAPIAS NOTIFICATION, DATE OF ARREST:08/16/11.
                                                                 HEISERD

8/29/2011     >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HRG TO DETERMINE
              COUNSEL WITH COUNSEL, CARLOTTA LEPPINWELL >COURT APPOINTED
              CARLOTTA LEPPINWELL, OIDP. THE DEFENSE REQUESTED A BOND
              HEARING. >BOND HEARING SET FOR 09/06/11 >PDOJL     DESALVOE

9/06/2011     CLERK'S OFFICE RECEIVED DEFENSE MOTION FOR BOND REDUCTION.
              (AS TO Z.TERRELL)
              >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR BOND HEARING WITH
              COUNSEL, CARLOTTA LEPPINWELL THE COURT DENIED THE DEFENSE
              MOTION FOR BOND REDUCTION. THE COURT WILL ALLOW THE DEFENDANT
              TO APPLY HIS ORIGINAL BOND TOWARDS THE INCREASED BOND. >HRG TO
              DETERMINE COUNSEL SET FOR 09/20/11 >PDOJL          TROSCLAIR

9/07/2011     CLERK'S OFFICE RECEIVED DEFENSE OMNIBUS MOTION FOR DISCOVERY;
              MOTION TO PRESERVE EVIDENCE; MOTION FOR A BILL OF PARTICULARS;
              MOTION FOR SUPPRESSION OF STATEMENTS, EVIDENCE AND
              IDENTIFICATIONS; AND MOTION FOR A PRELIMINARY EXAMINATION.
              (AS TO Z.TERRELL)                                  TROSCLAIR

9/20/2011     >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR HRG TO
              DETERMINE COUNSEL THE DEFENDANT WAS LATE FOR COURT AND HE IS
              FOUND IN CONTEMPT OF COURT. THE DEFENDANT IS ORDERED TO SERVE
                                                                 DESALVOE

                                 CONTINUED

Clerk's Office  12-14  2018
        Original Copy
by _____ Deputy Clerk
      Hon. Arthur A. Morrell
    Clerk of Criminal District Court
           Orleans Parish

                                                    Defendants0329

```
  CASE:  506-956        D O C K E T   M A S T E R        DATE: 12/14/2018
SECTION: F                                                TIME:     8:54:25
  CLASS: 3                                                PAGE:            2
                      ORLEANS PARISH CRIMINAL DISTRICT COURT
```

```
========================================================================
  DATE      PROCEEDINGS
========================================================================
```

9/20/2011
    24 HOURS OPP. >DEFENDANT REMANDED TO CRIMINAL SHERIFF. >HRG TO   DESALVOE
    DETERMINE COUNSEL SET FOR 10/04/11

9/30/2011
    >DEFENDANT, ZACHARY TERRELL DID NOT APPEAR FOR FILING(S) IN OPEN   TROSCLAIR
    COURT MICHELLE HESNI APPEARED ON BEHALF OF FINANCIAL CASUALTY
    AND FILED A MOTION TO SET ASIDE JUDGEMENT OF BOND FORFEITURE.
    >HEARING TO SET ASIDE BOND FORF SET FOR 10/11/11
    *****************************************************************
    CLERK'S OFFICE RECEIVED DEFENSE MOTION TO SET ASIDE JUDGEMENT
    OF FORFEITURE AND PETITION FOR NULLITY OF JUDGEMENT.
    (AS TO Z.TERRELL)

10/04/2011
    >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR HRG TO  DESALVOE
    DETERMINE COUNSEL THE DEFENDANT DID NOT HIRE PRIVATE COUNSEL.
    THE COURT ORDERED THE DEFENDANT TO HIRE PRIVATE COUNSEL BY
    10/11/11. >HRG TO DETERMINE COUNSEL SET FOR 10/11/11 >SEND
    NOTICES. >DNOC.

10/11/2011
    FILED SURETY BOND $30,000.00   DATE OF BOND:9/14/11       JILESK
                    SURETY:FINANCIAL CAS & SURETY INC
    >MICHELLE HESNI APPEARED FOR FINANCIAL CASUALTY CO FOR HEARING
    TO SET ASIDE BOND FORFEITURE. >MOTION TO SET ASIDE BOND
    FORFEITURE AND PETITION FOR NULLITY WAS GRANTED.
    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HRG TO DETERMINE
    COUNSEL WITH COUNSEL, CARLOTTA LEPPINWELL >COURT APPOINTED
    CARLOTTA LEPPINWELL , OIDP. THE BOND COMPANY WAS NOT ALLOWED TO
    RESIGN THE ORIGINAL $20,000 BOND. >DEFENDANT REMANDED TO
    CRIMINAL SHERIFF. >PRE-TRIAL CONFERENCE SET FOR 10/14/11 >PDOJL

10/14/2011
    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR PRE-TRIAL      DESALVOE
    CONFERENCE WITH COUNSEL, CARLOTTA LEPPINWELL >HEARING ON
    MOTIONS SET FOR 12/01/11 >SEND NOTICES. >PDOJL

12/01/2011
    >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR HEARING ON MOTIONS DESALVOE
    WITH COUNSEL, CARLOTTA LEPPINWELL >COUNT 1 AMENDED TO RS 14
    34.1 2ND DEGREE BATTERY >DEFENDANT PLED GUILTY >FOR COUNT 1 RS
    14 34.1 2ND DEGREE BATTERY PLED GUILTY PURSUANT TO ARTICLE 893.
    >ZACHARY TERRELL DEFENDANT WAIVED DELAYS. >SENTENCE: >AS TO
    COUNT 1   >2 YEARS, AT DOC AT HARD LABOR. ALL BUT 50 DAYS ARE
    SUSPENDED.  >2 YEARS, ACTIVE PROBATION.  >CONCURRENT WITH THESE
    CASES: ANY AND ALL OTHER SENTENCES INCLUDING 507-765F >FINES
    AND FEES: >$191.50 COURT COST; >$500.00 FINE; >CASE CLOSED,
    THIS DEFENDANT.

12/02/2011
    >DEFENSE COUNSEL CARLOTTA LEPPINWELL APPEARED WITHOUT DEFENDANT, DESALVOE
    ZACHARY TERRELL FOR STATUS HEARING >COURT ORDERED THE FOLLOWING
    COMMITMENT: >THE COURT AMENDED THE SENTENCE WORDING: >2 YEARS
    DOC SUSPENDED WITH 2 YEARS ACTIVE PROBATION. >THE DEFENDANT HAS
    BEEN GIVEN CREDIT FOR TIME SERVED FOR THE >50 DAYS SERVED IN
    ORLEANS PARISH PRISON. >CASE CLOSED, THIS DEFENDANT.

1/17/2013
    FILED ARREST ON CAPIAS NOTIFICATION, DATE OF ARREST:01/11/13.  HEISERD

5/10/2013
    FILED ARREST ON CAPIAS NOTIFICATION, DATE OF ARREST:05/06/13   HEISERD

5/14/2013
    CLERK'S OFFICE RECEIVED DETAINER NOTIFICATION, AFFIDAVIT OF   TROSCLAIR
    PROBABLE CAUSE AND MOTION FOR HEARING TO REVOKE PROBATION.
    >PROBATION AGENT MICHAEL O'CONNELL FILED A DETAINER NOTIFICATION,
    AFFIDAVIT OF PROBABLE CAUSE AND MOTION FOR HEARING TO REVOKE
    PROBATION. >RULE TO SHOW CAUSE SET FOR 05/24/13 IN SECTION F .

CONTINUED

Clerk's Office 12-14-20 18
     Original Copy
by _____ Deputy Clerk
   Hon. Arthur A. Morrell
 Clerk of Criminal District Court
     Orleans Parish

```
        CASE:  506-956        D O C K E T   M A S T E R        DATE: 12/14/2018
     SECTION: F                                                TIME:   8:54:25
       CLASS: 3                                                PAGE:         3

                        ORLEANS PARISH CRIMINAL DISTRICT COURT
```

====================================================================================
  DATE      PROCEEDINGS
====================================================================================

5/14/2013                                                           COWARTM
          >PDOJL

5/24/2013                                                           COWARTM
          >DEFENDANT, ZACHARY TERRELL DID NOT APPEAR FOR RULE TO SHOW
          CAUSE >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. BROUGHT
          INTO OPEN COURT DUE TO A TRIAL IN PROGRESS. >RULE TO SHOW CAUSE
          SET FOR 06/07/13 IN SECTION F . >NOTIFY DEF.COUNSEL. >NOTIFY
          PROBATION OFFICER. >PDOJL

6/07/2013                                                           COWARTM
          >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR RULE TO SHOW CAUSE
          WITH COUNSEL, ZACH CARPENTER THE COURT ORDERED THE DEFENDANT TO
          ENROLL IN AND COMPLETE A DRUG TREATMENT PROGRAM AS AN
          ADDITIONAL CONDITION OF HIS PROBATION. AGENT MICHAEL O'CONNEL
          APPEARED ON BEHALF OF PROBATION AND PAROLE. >RELEASE ISSUED.
          >PROBATION STATUS HEARING SET FOR 07/02/13 IN SECTION F .
          >NOTIFY DEF.COUNSEL. >NOTIFY PROBATION OFFICER. >DNOC.

7/02/2013                                                           COWARTM
          >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR
          PROBATION STATUS HEARING. THE DEFENDANT IS IN COMPLIANCE. AGENT
          MICHAEL O'CONNELL APPEARED ON BEHALF OF PROBATION AND PAROLE.
          >STATUS ON PAYMENTS SET FOR 08/01/13 IN SECTION F . >NOTIFY
          DEF.COUNSEL. >NOTIFY PROBATION OFFICER. >DNOC.

8/01/2013                                                           COWARTM
          >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR STATUS
          STATUS ON PAYMENTS. >PAID $100.00 >STATUS ON PAYMENTS SET FOR
          09/03/13 IN SECTION F . >DNOC.

9/03/2013                                                           COWARTM
          >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR STATUS
          STATUS ON PAYMENTS. >THE DEFENDANT WAS GRANTED AN EXTENSION
          UNTIL 09/05/13. THE DEFENDANT HAS PERMISSION TO LEAVE IS
          RECEIPT FOR JUDGE PITTMAN. >STATUS ON PAYMENTS SET FOR 09/05/13
          IN SECTION F . >DNOC.

9/05/2013                                                           COWARTM
          >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR STATUS
          STATUS ON PAYMENTS. >PAID $100.00. >STATUS ON PAYMENTS SET FOR
          10/02/13 IN SECTION F . >DNOC.

9/20/2013                                                           TROSCLAIR
          CLERK'S OFFICE RECEIVED DETAINER NOTIFICATION, AFFIDAVIT OF
          PROBABLE CAUSE AND MOTION FOR HRARING TO REVOKE PROBATION.
          PROBATION AGENT MICHAEL O'CONNELL FILED A DETAINER NOTIFICATION,
          AFFIDAVIT OF PROBABLE CAUSE AND MOTION FOR HEARING TO REVOKE
          PROBATION. >RULE TO SHOW CAUSE SET FOR 11/21/13 IN SECTION F .

9/26/2013                                                           HEISERD
          FILED ARREST ON CAPIAS NOTIFICATION, DATE OF ARREST:09/16/13
          FILED ARREST SET FOR 10/02/13. PDOJL

10/02/2013                                                          DEDEA
          >DEFENDANT, ZACHARY TERRELL APPEARED WITHOUT COUNSEL FOR FILED
          FILED ARST ON CAP NOTIFICATION. THE DEFENDANT HAS PENDING
          CHARGES. >RULE TO SHOW CAUSE SET FOR 11/21/13 IN SECTION F .
          >NOTIFY DEF.COUNSEL. >NOTIFY PROBATION OFFICER. >PDOJL
          >DEFENDANT, ZACHARY TERRELL DID NOT APPEAR FOR STATUS ON
          PAYMENTS. >STATUS ON PAYMENTS SET FOR 11/21/13 IN SECTION F .
          >NOTIFY DEFENDANT. >NOTIFY DEF.COUNSEL. >PDOJL

11/21/2013                                                          DEDEA
          >DEFENDANT, ZACHARY TERRELL APPEARED WITH COUNSEL, ZACH
          CARPENTER, FOR RULE TO SHOW CAUSE. AGENT O'CONNELL APPEARED ON
          BEHALF OF PROBATION AND PAROLE. >CONTINUED ON DEFENSE MOTION.
          THE DEFENDANT HAS PENDING CHARGES. >RULE TO SHOW CAUSE SET FOR
          12/16/13 IN SECTION F . >NOTIFY DEF.COUNSEL. >NOTIFY PROBATION
          OFFICER. >PDOJL

                              CONTINUED

Clerk's Office _12-14_ 20_18_
          Original Copy

by _____ Deputy Clerk

              Hon. Arthur A. Morrell
          Clerk of Criminal District Court
                  Orleans Parish                    Defendants0331

=========================================================================
 DATE    PROCEEDINGS
=========================================================================

11/21/2013
                                                                DEDEA
        >DEFENDANT, ZACHARY TERRELL APPEARED WITH COUNSEL, ZACH
        CARPENTER FOR STATUS ON PAYMENTS. >CONTINUED ON DEFENSE MOTION.
        >STATUS ON PAYMENTS SET FOR 12/16/13 IN SECTION F . >NOTIFY
        DEF.COUNSEL. >PDOJL

12/13/2013
                                                                COWARTM
        >DEFENSE COUNSEL ZACH CARPENTER APPEARED WITHOUT DEFENDANT,
        ZACHARY TERRELL FOR UNSCHEDULED JUDICIAL ACTIVITY >RULE TO SHOW
        CAUSE SET FOR 12/17/13 IN SECTION F . >STATUS ON PAYMENTS SET
        FOR 12/17/13 IN SECTION F . >NOTIFY DEF.COUNSEL. >NOTIFY
        PROBATION OFFICER. >PDOJL ***** CLERK PLEASE VACATE THE RTSC &
        STPAY DATE OF 12/16/13 *****

12/17/2013
                                                                DEDEA
        >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR RULE TO SHOW CAUSE
        WITH COUNSEL, ZACH CARPENTER. >RULE TO SHOW CAUSE SET FOR
        02/10/14 IN SECTION F . >NOTIFY DEF.COUNSEL. >NOTIFY PROBATION
        OFFICER. >PDOJL
        >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR STATUS ON PAYMENTS
        WITH COUNSEL, ZACH CARPENTER. THE DEFENDANT IS INCARCERATED.
        >CONTINUED WITHOUT DATE.

 2/04/2014
                                                                COWARTM
        >DEFENSE COUNSEL ZACH CARPENTER APPEARED WITHOUT DEFENDANT,
        ZACHARY TERRELL FOR UNSCHEDULED JUDICIAL ACTIVITY. >RULE TO
        SHOW CAUSE SET FOR 02/06/14 IN SECTION F . >NOTIFY DEF.COUNSEL.
        >NOTIFY PROBATION OFFICER. >PDOJL

 2/06/2014
                                                                COWARTM
        >THE DEFENDANT, ZACHARY TERRELL APPEARED FOR RULE TO SHOW CAUSE
        WITH COUNSEL, ZACH CARPENTER. >DEFENDANT WAIVED HEARING AND
        ADMITTED TO ALLEGATIONS. >PROBATION REVOKED WITH ORIGINAL
        SENTENCE. 12/01/11 >THE SENTENCE IS 2 YEARS, AT DOC. AT HARD
        LABOR. >CREDIT FOR TIME SERVED. >THIS SENTENCE IS TO RUN
        CONCURRENT WITH CASE #518-885, CASE #518-214 AND ANY OTHER
        SENTENCE THE DEFENDANT IS SERVING. >CASE CLOSED, THIS
        DEFENDANT.

=========================================================================
                        END OF DOCKET MASTER
=========================================================================

Clerk's Office 12 - 14  20 18
        Original Copy
by _____ Deputy Clerk
        Hon. Arthur A. Morrell
    Clerk of Criminal District Court
        Orleans Parish

Defendants0332