## NEW ORLEANS POLICE DEPARTMENT
## SCIENTIFIC CRIMINAL INVESTIGATIONS SECTION
2219 Lakeshore Dr. Suite 200  New Orleans, LA 70122
Phone No. 504-658-5770  Fax No. 504-658-5098

## SCIENTIFIC ANALYSIS REPORT
### 07/07/2017
### ITEM:  F-21692-17

ATTN:  **T Pichon**
Louisiana State Police
3838 N. Causeway Blvd.
Metairie           LA  70002

| | | | |
|---|---|---|---|
| Evidence Retrieved from CE&P | Corey Hall | Date/Time | 7/5/17  8:34 am |
| Evidence Received in Lab by: | Corey Hall | Date/Time | 7/5/17  9:37 am |

Date(s) Examined: 07/05/2017 to 07/06/2017

Examination Request:    Controlled Substances Analysis        Accused:    Zachary Terrell

### Specimens and Results of Analysis:

*Exhibit*  **002:**    One sealed evidence envelope containing one plastic bag corner with fifteen (15) red tablets.

   **Results:**    Tramadol

*Exhibit*  **003:**    One sealed evidence envelope containing one packet marked "Tramadol" with six (6) red tablets.

   **Results:**    Tramadol

*Exhibit*  **004:**    One sealed evidence envelope containing one "ziploc" plastic bag with seventeen (17) small plastic bags each containing a powder substance.

   **Results:**    Heroin

Request  0001

F-21692-17

Page 1 of 2

Conclusions and opinions presented in this report relate only to the items analyzed. Conclusions and opinions of CDS Analysis may have been obtained by colometric tests, literature references, CDS and chemical references, microcrystalline tests, microscopy and instrumentation.

Analysis Performed By:

*Corey Hall*

Corey Hall
Drug Analyst

# New Orleans Police Department
# Department Item Report

Item Number: F2169217

Related # 's:

## Item Information

**Inv. Officer:** LSP - Louisiana State Police
**Division:**
**Offense Date/Time:** 06/17/2017 - 23:00Hrs
**Offense Location:** 600 BLOCK OF BURGUNDY STREET
**Offense Type:** 40:966 - Possession of Schedule I CDS
**Expiration Date:** 06/17/2017
**Jurisdiction:**
**Court Date:**
**Disposition:**
**Disposition Date:**
**Comments:** OFFENSE CODE IS 40:966
LSP T. PICHON, BADGE 2612
LSP J. ROACH, BADGE # 2681

## Names

**Name Type: Accused**

**Name:** TERRELL, ZACHARY  **Sex:** M  **Race:** B  **DOB:** 11/29/1988  **Home Phone#:**
**Address:** 2233 MAZANT ST.  **ID#:**
NOLA 70113
**Additional Name Information:**  **SSN#:**

## Exhibits

**Exhibit Number: 001**
**Container #:**  **Process:** Hold for investigative purposes
**Status/Location:** Released to City (Deposit)
**Collection Date/Time:** 06/17/2017 - 23:00Hrs  **Collection Purpose:** Evidence
**Collected By:** LSP - Louisiana State Police
**Collection Location:** 600 BLOCK OF BURGUNDY ST.
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 19 - Currency
**Detail Description:** $113.00 IN U.S. CURRENCY
**Owner:** ZACHARY TERRELL
**Serial #:** 11270329
**Amount :** $113.00
**Entered By:** TERON RAY
**Notes:**

**Exhibit Number: 002**
**Container #:**  **Process:** Hold for investigative purposes
**Status/Location:** From Lab - Narcotics (Small bags) - NARC-A
**Collection Date/Time:** 06/17/2017 - 23:00Hrs  **Collection Purpose:** Evidence
**Collected By:** LSP - Louisiana State Police
**Collection Location:** 600 BLOCK OF BURGUNDY ST.
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 15 - Pill(s)
**Detail Description:** ONE CLEAR PIECE OF PLASTIC CONTAINING FIFTEEN RED UNMARKED PILLS 4.6G
**Owner:** ZACHARY TERRELL
**Weight :** 4.60  **Weight Units :** G - GRAMS
**Entered By:** TERON RAY
**Notes:**

# New Orleans Police Department
## Department Item Report
Item Number: F2169217
### Exhibits

**Exhibit Number: 003**

Container #:  
**Process:** Hold for investigative purposes  
**Status/Location:** From Lab - Narcotics (Small bags) - NARC-A  
**Collection Date/Time:** 06/17/2017 - 23:00Hrs  
**Collection Purpose:** Evidence  
**Collected By:** LSP - Louisiana State Police  
**Collection Location:** 600 BLOCK OF BURGUNDY ST.  
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 6 - Pill(s)  
**Detail Description:** ONE SILVER PLASTIC BLISTER PACK WITH (6) SIX RED UNMARKED PILLS 3.0G  
**Owner:** ZACHARY TERRELL  
**Weight:** 3.00  **Weight Units:** G - GRAMS  
**Entered By:** TERON RAY  
**Notes:**

**Exhibit Number: 004**

Container #:  
**Process:** Hold for investigative purposes  
**Status/Location:** From Lab - Narcotics (Small bags) - NARC-A  
**Collection Date/Time:** 06/17/2017 - 23:00Hrs  
**Collection Purpose:** Evidence  
**Collected By:** LSP - Louisiana State Police  
**Collection Location:** 600 BLOCK OF BURGUNDY ST.  
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 17 - Powder substance  
**Detail Description:** ONE CLEAR ZIP LOCK CONTAINING 17 INDIVIDUALLY WRAPPED PIECES OF PLASTIC CONTAINING A OFF WHITE POWDER SUBSANCE. 3.1G  
**Owner:** ZACHARY TERRELL  
**Weight:** 3.10  **Weight Units:** G - GRAMS  
**Entered By:** TERON RAY  
**Notes:**

### Lab Submissions

Submitting Officer Signature     Date     Supervisor Signature

Defendants0015