# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZACHARY TERRELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5787** |
| **TROY PICHON, IN HIS INDIVIDUAL CAPACITY, ET AL.** | **SECTION D(5)** |

## JUDGMENT

In accordance with the Court's Order and Reasons granting Defendants' Motion for Summary Judgment (R. Doc. 87);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendants Troy Pichon, Derrell Williams, and Darrin Naquin, in their individual capacities, and against Plaintiff Zachary Terrell, DISMISSING WITH PREJUDICE Plaintiff's Amended Complaint.

New Orleans, Louisiana, this the 11th day of September, 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**